| | |
|---|---|
| <u>DEFENDANT</u>: | Lewis RIDGEWAY |
| <u>YOB</u>: | 1979 |
| <u>ADDRESS</u> | Arvada, Colorado |
| <u>OFFENSE(S)</u>: | Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) |
| <u>LOCATION OF OFFENSE</u>: | Jefferson County, Colorado |
| <u>PENALTY</u>: | NMT 10 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment; If the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years imprisonment, NMT $250,000 fine, or both; NMT 5 years supervised release; $100 Special Assessment. |
| <u>AGENT</u>: | Jonathan Dennis, Special Agent, ATF |
| <u>AUTHORIZED BY</u>: | Albert Buchman, Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

  x   five days or less         over five days          other

<u>THE GOVERNMENT</u>:

  x   will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

    The statutory presumption of detention is not applicable to this defendant.