## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jonathan Dennis, Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, hereby states as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. Your Affiant, Jonathan Dennis, is a full-time salaried law enforcement officer for the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so since August 12, 2019.  I routinely investigate violations of federal criminal statutes, to include violations of federal firearms and narcotics laws.  I have specifically investigated violations related to subjects who are found to be in possession of illegal and altered firearms.  Prior to being a Special Agent with ATF, I was a full-time salaried law enforcement officer for the Aurora Police Department for approximately 10 years.  While at the Aurora Police Department, I assisted in the apprehension and investigation of individuals involved in serious violent crime to include Homicide, Kidnapping, Aggravated Battery and Assaults, Narcotics Trafficking, Firearm Trafficking and Prohibited Persons in Possession of Firearms.   Four (4) of my ten (10) years with the Aurora Police Department were spent as an Officer and Investigator in the Gang Intervention Unit (GIU).  Two (2) of my ten years with the Aurora Police Department were spent as an Officer for the Aurora Special Weapons and Tactics Team (SWAT).  During these years, the majority of the investigations focused specifically on gang crime and gang motivated crimes to include shootings, homicides, aggravated assaults and robberies.  Since becoming a Special Agent with ATF and since being assigned and located in Denver, CO in 2020, I have assisted the Denver Metro area police departments and Sheriff Offices in numerous investigations.  While employed by the Aurora Police Department, I was assigned to the Metro Gang Task Force (MGTF) for approximately one (1) year.  I have been involved in the investigation of more than 200 cases involving Firearms and/or Narcotics violations.   I have written and/or participated in the execution of federal and state search warrants involving violent crime, organized crime, illegal firearms possession, and the use and trafficking of narcotics and armed narcotics trafficking.

2. As an ATF Special Agent, your Affiant is familiar with federal criminal laws pertaining to firearms, explosives and narcotics violations.  Your Affiant knows that it is a violation of Title 18 USC § 922(g)(1) for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to possess any firearm or ammunition.

3. The statements contained in this affidavit are based, in part, on information provided by ATF Special Agents and TFOs, and other law enforcement officers, conversations with Parole Officers, my background and experience.  I have included facts necessary to establish probable cause and have not included each and every fact known to me concerning this investigation.  I have not intentionally omitted facts that tend to mitigate probable cause.

4. Based on the following facts, I submit probable cause exists to believe that, on or about May 12th, 2022, in the State and District of Colorado, Lewis RIDGEWAY, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition in and affecting interstate commerce; in violation of 18 U.S.C. § 922(g)(1).

## FACTS OF THE INVESTIGATION

5. On May 12th, 2022, at approximately 0132 hours, Arvada Police Department (APD) Officers responded to the on the report of a suspicious vehicle.  The reporting party, later identified as Tammy Leal (DOB:05/03/1966), an employee at the 7-11, advised APD that a white pickup truck had been parked in the parking lot near the front door with damage for approximately an hour and the entire time the vehicle had been there, the driver had been passed out at the wheel.  Upon arrival by APD, Officer Tanis, observed the white ford pickup, bearing Colorado License plate BJSC43 with heavy front-end damage, parked directly in front of the front doors of the 7-11 Officer Tanis observed the male with his head forward towards his lap.  The keys were observed in the lap of the male and the headlights and brake lights illuminated.

6. Once other officers arrived, they attempted to wake the male.  Upon waking, he started to attempt to start the pickup and had to be given multiple commands by APD officers to stop.  Once the male was under control, he was asked to step out which he did.  Upon doing so he

appeared wobbly. Due to the circumstances of the contact, APD officers believed the male may be under the influence of drugs or narcotics.

7. APD Officer Rollins proceeded to conduct voluntary roadsides on the male, identified as Lewis RIDGEWAY (DOB:11/24/1979). It was determined by APD officers after the completion of roadsides, that RIDGEWAY was impaired. RIDGEWAY was patted down, incident to his arrest according to APD officers, and a handgun was located in the front waste-band of RIDGEWAY. The handgun did not have a serial number and was determined to be a Privately Manufactured Firearm (PMF). The handgun contained ten (10) rounds of "Tulammo 9mm LUGER".

8. Your Affiant conducted a criminal history query of RIDGEWAY and found RIDGEWAY to be a previously convicted felon, being convicted of crimes punishable by a term of imprisonment exceeding one year. Your Affiant knows through the criminal history query of RIDGEWAY that RIDGEWAY is prohibited from possessing firearms and or ammunition.

9. Your Affiant spoke with ATF Task Force Officer (TFO) Aaron Anderson who is also an officer for to the Colorado Department of Corrections (DOC). RIDGEWAY, due to his felony convictions, has been on parole with DOC. Due to your Affiant's training and experience and the conversation with TFO Anderson, your Affiant knows that individuals who have been previously on parole through the Colorado DOC sign parole documents acknowledging that they cannot possess a firearm or ammunition.

10. Your Affiant spoke with ATF SA Keith Wilson, who is trained and has experience in making interstate nexus determinations on firearms and ammunition. According to SA Wilson, the ten (10) rounds of "Tulammo 9mm LUGER" ammunition were not manufactured in the state of Colorado and therefore traveled in and/or affected interstate and/or foreign commerce, prior to being recovered in this investigation.

11. Based on the above facts, I submit probable cause exists to believe that, on or about May 12, 2022, in the State and District of Colorado, the defendant, Lewis RIDGEWAY, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did

knowingly possess ammunition in an affecting interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

I, Jonathan Dennis, being duly sworn according to law, depose and say that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information and belief.

*s/Jonathan Dennis*
Jonathan Dennis
Special Agent
ATF

Submitted, sworn to, and acknowledged by reliable electronic means this 24th day of October 2022, at Denver, Colorado.

_____
HON. JAMES P. O'HARA
United States Magistrate Judge

**Affidavit reviewed and submitted by Albert Buchman, Assistant United States Attorney.**