# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>LEWIS RIDGEWAY<br>*Defendant* | )<br>)<br>)<br>)  Case No.  22-mj-00176-JPO<br>)<br>)<br>) |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Lewis RIDGEWAY, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about May 12th, 2022, in the State and District of Colorado, Lewis RIDGEWAY, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition in and affecting interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

Date: October 24, 2022

*Issuing officer's signature*

James P. O'Hara, U.S. Magistrate Judge

City and state: Denver, CO

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*