UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                               Case No.22-mj-176-JPO

LEWIS RIDGEWAY,

        Defendant.

## DETENTION ORDER

**A.**    **Order for Detention.**

After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) on October 28, 2022, the undersigned U.S. Magistrate Judge, James P. O'Hara, hereby orders the defendant detained pursuant to 18 U.S.C. §§ 3142(e) & (i).

**B.**    **Statement of Reasons for Detention.**

The court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of defendant as required, i.e., defendant poses a serious flight risk, not so much in terms of physical flight from the jurisdiction but rather being not amenable to supervision. The court further finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community, specifically, and without limitation of the foregoing, defendant poses a serious risk of continued criminal activity.

**C.**    **Findings of Fact.**

The court's findings of fact in connection with the decision to detain defendant are based on the record presented during the detention hearing, i.e., the information contained in the Pretrial Services report, proffers of evidence by the parties, and arguments by counsel, including but not limited to the following:

    (1)    Nature and circumstances of the offense charged in the present case:

           Felon in possession of ammunition

    (2)    The Government has a very strong case against defendant.

    (3)    The history and characteristics of defendant, including:

        Defendant has a significant prior criminal record (15 felony convictions).

        At the time of the current offense or arrest, defendant was on parole.

**D.**    **Additional Directives.**

Pursuant to 18 U.S.C. §§ 3142(i)(2)-(4), the court directs defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel of record in this case. On order of a court of the United States, or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated:   October 28, 2022              _____
                                                         James P. O'Hara
                                                         U.S. Magistrate Judge