# UNITED STATES DISTRICT COURT

for the

District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 OCT 31  AM 11: 14

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | | |
| | ) | | |
| | ) | Case No. | 22-mj-00176-JPO |
| | ) | | |
| LEWIS RIDGEWAY | ) | | |
| Defendant | ) | | |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)*  Lewis RIDGEWAY  , who is accused of an offense or violation based on the following document filed with the court:

☐Indictment  ☐Superseding Indictment  ☐Information  ☐Superseding Information  ☒Complaint
☐Probation Violation Petition  ☐Supervised Release Violation Petition  ☐Violation Notice  ☐Order of the Court

This offense is briefly described as follows:

On or about May 12th, 2022, in the State and District of Colorado, Lewis RIDGEWAY, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition in and affecting interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

Date: October

24, 2022

City and
state:

Denver, CO

_____
*Issuing officer's signature*

James P. O'Hara, U.S. Magistrate Judge

| Return |
|---|
| This warrant was received on *(date)*  10/24/22  , and the person was arrested on *(date)*  10/26/22  at *(city and state)*  Denver, CO  . |

Date:  10/26/22

_____
6289
*Arresting officer's*
*signature*

Jon Denri
*Printed name and*
*title*