**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No.  **22-cr-329-RMR**

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  LEWIS BURTON RIDGEWAY,

     Defendant.

---

## INDICTMENT

---

The Grand Jury charges:

## COUNT 1

On or about May 12, 2022, in the State and District of Colorado, the defendant, LEWIS BURTON RIDGEWAY, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF ENHANCED PENALTY

The defendant is subject to the enhanced penalty under Title 18, United States Code, Section 924(e). Before he committed the offense charged in Count 1 of the indictment, the defendant was convicted of the following crimes, which were committed on occasions different from one another:

1.  Second Degree Burglary of a Dwelling, in violation of Colorado Revised Code, Section 18-4-203(1) and (2)(a), Jefferson County Case No. 2010CR1118.

2.  Robbery, in violation of Colorado Revised Code, Section 18-4-302, Jefferson County Case No. 2000CR2738.

3.  2nd Degree Burglary of a Dwelling, in violation of Colorado Revised Code, Section 18-4-203(2)(a), Jefferson County Case No. 1998CR1035.

4.  Menacing, in violation of Colorado Revised Code, Section 18-3-206, Jefferson County Case No. 1996CR1778.

## FORFEITURE ALLEGATION

1.      The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the violations alleged in Count 1 of this Indictment involving violation of 18 U.S.C. § 922(g)(1), defendant LEWIS BURTON RIDGEWAY shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: (1) Polymer 80, Inc. model PF940SC 9mm with auto-sear, (2) all recovered ammunition.

3.      If any of the property described in paragraph two above, as a result of any act or omission of the defendant:

a)   cannot be located upon the exercise of due diligence;
b)   has been transferred or sold to, or deposited with, a third party;
c)   has been placed beyond the jurisdiction of the Court;
d)   has been substantially diminished in value; or
e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:


Ink signature on file in Clerk's Office
FOREPERSON

COLE FINEGAN
United States Attorney


 s/Albert Buchman
Albert Buchman
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: al.buchman@usdoj.gov