| | |
|---|---|
| <u>DEFENDANT:</u> | Lewis Burton Ridgeway |
| <u>AGE/YOB</u>: | 1976 |
| <u>COMPLAINT FILED?</u> | ___x___ Yes  _____ No<br><br>If Yes, MAGISTRATE CASE NUMBER 1:22-mj-00176-JPO |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u> | _x_ Yes  ___ No |
| <u>OFFENSE(S):</u> | Possession of ammunition by a convicted felon, 18 U.S.C. § 922(g)(1). |
| <u>LOCATION OF OFFENSE:</u> | Jefferson County, Colorado |
| <u>PENALTY:</u> | NMT 10 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment; If the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years imprisonment, NMT $250,000 fine, or both; NMT 5 years supervised release; $100 Special Assessment. |
| <u>AGENT:</u> | SA Jonathan Dennis**,** ATF |
| <u>AUTHORIZED BY:</u> | Albert Buchman<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

 x_  five days or less; ___ over five days

<u>THE GOVERNMENT</u>

 x_  will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is not applicable to this defendant.