IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    22-cr-00329-RMR

UNITED STATES OF AMERICA,

       Plaintiff,

v.

LEWIS BURTON RIDGEWAY,

       Defendant.

---

**UNOPPOSED MOTION FOR TWO-WEEK EXTENSION
OF PRETRIAL MOTIONS FILING DEADLINE**

---

LEWIS BURTON RIDGEWAY, through the Office of the Federal Public Defender, and undersigned counsel Assistant Federal Public Defender Jennifer Beck, hereby moves this Honorable Court for an Order extending the deadline to file pretrial motions by two weeks.  The government does not oppose the present Motion.

1.      Mr. Ridgeway's case is scheduled for trial on April 3, 2023. Doc. No. 21. Pretrial motions are due next Tuesday, February 21, 2023. *Id.*

2.      The charges are based on law enforcement's discovery of ammunition in Mr. Ridgeway's waistband after Arvada police contacted him on May 12, 2022.  Mr. Ridgeway was initially arrested by Arvada police and charged in Jefferson County Court.  His attorney in that case moved to suppress evidence and an evidentiary hearing was held on October 5, 2022.  Ultimately, the state prosecution was dismissed, and the Department of Justice pursued federal prosecution.  On October 24, 2022, the government filed a Criminal Complaint charging Mr. Ridgeway with one count of Possession of Ammunition by a Convicted Felon, in violation of Title

18, United States Code, Section 922(g)(1). Doc. No. 1.  On October 26, 2022, Mr. Ridgeway was arrested. Doc. Nos. 3-4.  Mr. Ridgeway was detained on October 28, 2022. Doc. Nos. 8-9.  An Indictment was filed on November 2, 2022 and Mr. Ridgeway's arraignment and discovery conference were also held that day. Doc. Nos. 11, 14, 15.  On November 2, 2022, trial was scheduled for January 9, 2023. Doc. No. 17.  After undersigned counsel requested an ends-of-justice continuance, trial was rescheduled for April 3, 2023. *See* Doc. Nos. 18, 20, 21.

3.      The government provided initial discovery to undersigned counsel on November 10, 2022, and continued to disclose discovery on an ongoing basis since that time.  Yesterday, counsel received additional discovery consisting of video footage that is expected to be hours long. That footage is relevant to the pretrial motions counsel intends to file.  Counsel needs sufficient time to review the footage and analyze it relative to the relevant case law and other facts of this case.  Additionally, counsel needs more time to request, obtain, and review a transcript of the hearing held on the motions to suppress evidence that were filed in the Jefferson County matter. Because the state prosecution was dismissed, Mr. Ridgeway's case was sealed.  Counsel attempted to obtain the transcript without a court order but was notified yesterday that the state court judge must unseal the transcript before it can be prepared for undersigned counsel.  The transcript is necessary to evaluate and establish facts in support of a motion to suppress evidence.

4.      Counsel believes that a two-week continuance of the motions filing deadline will allow enough time to review the new discovery, request, obtain, and review the transcript from state court, and enough time for defense counsel to review the new information, conduct any additional investigation and research based on it, and finish writing the motion to suppress evidence based on it.

5.      Based on the outstanding discovery, next Tuesday's pretrial motion filing deadline does not afford counsel enough time to file motions relating to all pretrial issues.

6.      Undersigned counsel anticipates being able to accomplish all of the outstanding tasks within two weeks; therefore, Mr. Ridgeway requests a two-week extension of the motions filing deadline.  The present request will not impact the scheduled trial date.

7.      Assistant U.S. Attorney Albert Buchman does not oppose this request.

WHEREFORE, LEWIS BURTON RIDGEWAY, by and through counsel, moves for a two-week extension of the deadline for filing pretrial motions.


Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Jennifer Beck
JENNIFER BECK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Jennifer_Beck@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2023, I electronically filed the foregoing ***Unopposed Motion for Two-Week Extension of Pretrial Motions Filing Deadline*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

> Albert C. Buchman, Assistant United States Attorney
> Email: al.buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

> Lewis Burton Ridgeway (Via U.S. Mail)

> s/ Jennifer Beck
> JENNIFER BECK
> Assistant Federal Public Defender
> 633 17th Street, Suite 1000
> Denver, CO  80202
> Telephone:  (303) 294-7002
> FAX:  (303) 294-1192
> Jennifer_Beck@fd.org
> Attorney for Defendant