Exhibit A

9/6/22, 8:26 AM                    Inform Browser : 5.808.44.0 : 20.201.40.0 : 21.102.194.8 - Reports - Incident Report

# Incident Detail Report

Data Source: **Data Warehouse**
Incident Status: **Closed**
Incident number: **05122022-0232507**
Case Numbers: **AR22-007619**
Incident Date: **5/12/2022 01:25:35**
Report Generated: **9/6/2022 08:26:08**

## Incident Information

| | | | |
|---|---|---|---|
| **Incident Type:** | Blue 2 | **Alarm Level:** | |
| **Priority:** | P2 | **Problem:** | Intoxicated Person |
| **Determinant:** | | **Agency:** | Law |
| **Base Response#:** | | **Jurisdiction:** | Arvada PD |
| **Confirmation#:** | | **Division:** | 4 Baker |
| **Taken By:** | ROSE, SCOTT | **Battalion:** | 4 Baker |
| **Response Area:** | APD Sector B | **Response Plan:** | APD BLUE 2 B |
| **Disposition:** | R - Report | **Command Ch:** | |
| **Cancel Reason:** | | **Primary TAC:** | |
| **Incident Status:** | Closed | **Secondary TAC:** | |
| **Certification:** | | **Delay Reason (if any):** | |
| **Longitude:** | 105077158 | **Latitude:** | 39802286 |

## Incident Location

| | | | |
|---|---|---|---|
| **Location Name:** | 7-11 | **County:** | JEFFERSON |
| **Address:** | 7355 Ralston Rd | **Location Type:** | |
| **Apartment:** | | **Cross Street:** | UPHAM ST/VANCE ST |
| **Building:** | | **Map Reference:** | ARVADA FD |
| **City, State, Zip:** | ARVADA CO 80002 | | |

## Supplemental Information - Vehicle

**VEHICLE 1**

| | | | |
|---|---|---|---|
| **License:** | BJSC43 - CO - Passenger Car | **Plate Year:** | 2022 |

## Call Receipt

| | | | |
|---|---|---|---|
| **Caller Name:** | TAMMY- CLERK | | |
| **Method Received:** | 911 | **Call Back Phone:** | (720) 552-2684 |
| **Caller Type:** | | **Caller Location:** | |
| **Caller Address:** | | **Caller Location Phone:** | |
| **Caller Building:** | | **Caller Apartment:** | |
| **Caller City, State, Zip:** | | **Caller County:** | |

## Time Stamps

| Description | Date | Time | User | Elapsed Times Description | Time |
|---|---|---|---|---|---|
| Phone Pickup | 5/12/2022 | 01:25:35 | | | |
| 1st Key Stroke | 5/12/2022 | 01:25:35 | | Received to In Queue | 00:00:49 |
| In Waiting Queue | 5/12/2022 | 01:26:24 | | Call Taking | 00:03:03 |
| Call Taking Complete | 5/12/2022 | 01:28:38 | ROSE, SCOTT | In Queue to 1st Assign | 00:01:06.9 |
| 1st Unit Assigned | 5/12/2022 | 01:27:30 | | Call Received to 1st Assign | 00:01:55.9 |
| 1st Unit Enroute | 5/12/2022 | 01:27:36 | | Assigned to 1st Enroute | 00:00:05.4 |
| 1st Unit Arrived | 5/12/2022 | 01:27:36 | MOON, CHERISH | Enroute to 1st Arrived | 00:00:00.0 |
| Closed | 5/12/2022 | 05:57:42 | | Incident Duration | 04:32:07 |

## Resources Assigned

| Unit | Primary Flag | Assigned | Disposition | Enroute | Staged | Arrived | At Patient | Delay Avail | Complete | Odm. Enroute | Odm. Arrived | Cancel Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4T60 | Y | 01:27:30 | R - Report | 01:32:48 | | 01:32:48 | 02:17:03 | | 04:20:03 | | | |
| 4B53 | N | 01:27:30 | | 01:27:36 | | 01:27:36 | 02:17:03 | | 02:22:16 | | | |
| 4B52 | N | 03:14:25 | | 03:15:42 | | 03:15:42 | | | 04:42:55 | | | |
| 4B53 | N | 03:14:25 | | | | | | | 05:57:42 | | | |
| 4B54 | N | 03:14:25 | R - Report | 03:15:44 | | 03:15:44 | | | 04:11:05 | | | |

## Personnel Assigned

| Unit | Name |
|---|---|
| 4T60 | HAMMERNIK, MATTHEW (41826); ROLLINS, MICHAELA (42106) |
| 4B53 | TANIS, MATTHEW (41815) |
| 4B52 | DUNN, NARISSA (41812) |
| 4B53 | TANIS, MATTHEW (41815) |
| 4B54 | WONDERLY, BRIAN M. (41823) |

## Caution Notes

No Caution Notes found

## Pre-Scheduled Information

No Pre-Scheduled Information

## Transports

No Transports Information

INV_00000213

**Transport Legs**
**No Transports Information**

**Comments**

| Date | Time | User | Type | Conf. | Comments |
|------|------|------|------|-------|----------|
| 5/12/2022 | 01:25:35 | SYS | Response | | [1] JEFFERSON WIRELESS VERIFYPD VERIFY FD VERIFY EMS |
| 5/12/2022 | 01:26:18 | SR | Response | | [2] TRUCK WITH DAMAGE AND MALE PASSED OUT BEHIND THE WHEEL |
| 5/12/2022 | 01:26:53 | SR | Response | | [3] WHI PICK UP POSS FORD EXT CAB |
| 5/12/2022 | 01:27:02 | SR | Response | | [4] UNK TAG |
| 5/12/2022 | 01:27:13 | SR | Response | | [5] FRONT END DAMAGE |
| 5/12/2022 | 01:27:19 | SR | Response | | [6] UNK RACE MALE INSIDE |
| 5/12/2022 | 01:27:30 | SR | Response | | [7] BEEN IN AREA FOR ABOUT AN HOUR |
| 5/12/2022 | 01:27:41 | SR | Response | | [8] NEAR THE FRONT DOOR OF THE 7-11 NEXT TO A SIL HONDA |
| 5/12/2022 | 01:27:50 | SR | Response | | [9] NO TAG ON FRONT AND VEH IS PULLED IN |
| 5/12/2022 | 01:28:03 | SR | Response | | [10] NO WEAPONS - POSS DRUG OR ALCOHOL |
| 5/12/2022 | 01:28:16 | SR | Response | | [11] ***** CALL TAKING COMPLETE ***** |
| 5/12/2022 | 01:29:27 | DR | Response | Y | [14] [Query] , 3. Inform SI Vehicle: CO,BJSC43 |
| 5/12/2022 | 01:29:27 | DR | Response | Y | [13] [Query] , 2. BOLO Vehicle: CO,BJSC43 |
| 5/12/2022 | 01:29:27 | DR | Response | Y | [12] [Query] , 1. DMV / Reg / Stolen (QV,RQ): CO,BJSC43,2022,PC |
| 5/12/2022 | 01:29:42 | DR | Response | Y | [15] STATE OF COLORADO<br>COLORADO VEHICLE REGISTRATION<br>REGISTRATION TITLE<br>NAME: RIDGEWAY LEWIS NAME: RIDGEWAY LEWIS<br>NAME2: NAME2:<br>NAME3: NAME3:<br>ADDRESS: 7579 W 72ND AVE ADDRESS: 6320 WADSWORTH BLVD<br>CITY: ARVADA STATE: CO ZIP: 80003 CITY: ARVADA STATE: CO ZIP: 80003<br>REGISTRATION STATUS: Active TITLE STATUS: Active 05/10/2021<br>LICENSE: BJSC43 STATE: CO TYPE: Passenger Regular<br>EXPIRATION: 2023-01 TAB: BJSC4323<br>VIN: 1FTPW14V98FA35301<br>TITLE: 005336548 COUNTY: Jefferson<br>MAKE: FORD MODEL: F150 COLOR: WHI<br>STYLE: PICKUP YEAR: 2008 |
| 5/12/2022 | 01:37:15 | CM | Response | | [16] 4B53 IN CONT WITH 1 |
| 5/12/2022 | 01:41:06 | CM | Response | | [17] ROADSIDES |
| 5/12/2022 | 01:56:52 | CM | Response | | [18] 1 IN CUSTODY |
| 5/12/2022 | 02:07:53 | CM | Response | | [19] Secondary Location for 4T60: ARVADA HEADQUARTERS-8101 RALSTON ROAD, 8101 RALSTON RD,ARVADA, CO 80002. |
| 5/12/2022 | 02:10:33 | 4T60 | Response | | [20] Requested Case Number(s) issued for Incident #[05122022-0232507], Jurisdiction: Arvada PD. Case Number(s): AR22-007619. requested by 4T60. |
| 5/12/2022 | 02:11:50 | CM | Response | | [21] Secondary Location for 4B53: ARVADA HEADQUARTERS-8101 RALSTON ROAD, 8101 RALSTON RD,ARVADA, CO 80002. |
| 5/12/2022 | 02:30:32 | JB | Response | | [22] [Notification] [Law]-STADIUM AT APD FOR BLOOD DRAW ON THE NORTH SIDE |
| 5/12/2022 | 02:32:04 | CM | Response | | [23] 4T60 IN CONT WITH STADIUM |
| 5/12/2022 | 03:15:54 | CM | Response | | [24] Secondary Location for 4B53: ARVADA HEADQUARTERS-8101 RALSTON ROAD, 8101 RALSTON RD,ARVADA, CO 80002. |
| 5/12/2022 | 03:21:19 | DR | Response | | [25] CONNOLLYS NOTIFIED |
| 5/12/2022 | 03:30:37 | DR | Response | | [26] [Notification] [Law]-Problem changed from Suspicious Vehicle to Intoxicated Person by Law |
| 5/12/2022 | 03:37:54 | MH | Response | | [27] Secondary Location for 4B52: ARVADA HEADQUARTERS-8101 RALSTON ROAD, 8101 RALSTON RD,ARVADA, CO 80002. |
| 5/12/2022 | 03:44:51 | CM | Response | | [28] Secondary Location for 4B54: ARVADA WEST SHOPS #4007 - 6701 INDIANA STREET, 6701 INDIANA ST,ARVADA, CO 80007. |
| 5/12/2022 | 05:04:57 | CM | Response | | [29] Secondary Location for 4B53: JEFFCO JAIL - 200 JEFFERSON COUNTY PKWY, 200 JEFFERSON COUNTY PKWY,GOLDEN, CO 80401. |
| 5/12/2022 | 05:04:57 | CM | Response | | [30] 4B53 ADULT MALE |
| 5/12/2022 | 05:39:44 | CM | Response | | [31] Secondary Location for 4B53: ARVADA HEADQUARTERS-8101 RALSTON ROAD, 8101 RALSTON RD,ARVADA, CO 80002. |

**Address Changes**
**No Address Changes**

**Priority Changes**
**No Priority Changes**

**Alarm Level Changes**
**No Alarm Level Changes**

**Activity Log**

| Date | Time | Radio | Activity | Location | Log Entry | User |
|------|------|-------|----------|----------|-----------|------|

INV_00000214

9/6/22, 8:26 AM

Inform Browser : 5.808.44.0 : 20.201.40.0 : 21.102.194.8 - Reports - Incident Report

| Date | Time | Unit | Action | Location | Comment | Source |
|---|---|---|---|---|---|---|
| 5/12/2022 | 01:25:35 | | Read Comment | | Comment for Incident 800 was marked as read. | SR |
| 5/12/2022 | 01:25:36 | | RapidSOS | | Location found 39.8023164/-105.0770835 | RSOS |
| 5/12/2022 | 01:26:24 | | ANI/ALI Statistics | | INT Insert:May 12 2022 01:25:28 / INT SendNP:May 12 2022 01:25:27 / WS RecvNP:May 12 2022 01:25:28 / WS Process:May 12 2022 01:26:24 | SR |
| 5/12/2022 | 01:26:24 | | Problem Nature | 7355 Ralston Rd | Incident problem nature changed from <Blank> to Suspicious Vehicle | SR |
| 5/12/2022 | 01:27:09 | | Read Incident | | Incident 800 was Marked as Read. | CM |
| 5/12/2022 | 01:27:09 | | Read Comment | | Comment for Incident 800 was Marked as Read. | CM |
| 5/12/2022 | 01:27:13 | | Read Comment | 7355 Ralston Rd | Comment for Incident 800 was marked as read. | SR |
| 5/12/2022 | 01:27:30 | 4T60 | Dispatched | SHERIDAN BLVD\W 64TH AVE | | CM |
| 5/12/2022 | 01:27:30 | 4B53 | Dispatched | W 60TH AVE\W 60TH AVE | | CM |
| 5/12/2022 | 01:27:36 | 4B53 | Enroute | 7355 Ralston Rd [7-11] | Status bypassed by user due to allowable status change | CM |
| 5/12/2022 | 01:27:36 | 4B53 | Enroute | 7355 Ralston Rd [7-11] | Responding From = SECREST DR\W 60TH AVE. | CM |
| 5/12/2022 | 01:27:36 | 4B53 | On Scene | 7355 Ralston Rd [7-11] | | CM |
| 5/12/2022 | 01:27:46 | | UserAction | | User clicked Exit/Save | MH |
| 5/12/2022 | 01:28:00 | | Incident Late | | Active incident marked as late | |
| 5/12/2022 | 01:28:38 | | UserAction | | User clicked Exit/Save | SR |
| 5/12/2022 | 01:29:26 | | Supplemental Information | 7355 Ralston Rd | Supplemental Vehicle record 603736 was added for license plate BJSC43 | DR |
| 5/12/2022 | 01:29:26 | | License Plate | 7355 Ralston Rd | Plate Number BJSC43 has been added. | DR |
| 5/12/2022 | 01:29:27 | | [Query] | | [Query] 1. DMV / Reg / Stolen (QV,RQ): CO,BJSC43,2022,PC | DR |
| 5/12/2022 | 01:29:27 | | [Query] | | [Query] 2. BOLO Vehicle: CO,BJSC43 | DR |
| 5/12/2022 | 01:29:27 | | [Query] | | [Query] 3. Inform SI Vehicle: CO,BJSC43 | DR |
| 5/12/2022 | 01:29:45 | | UserAction | | User clicked Exit/Save | DR |
| 5/12/2022 | 01:32:48 | 4T60 | Enroute | 7355 Ralston Rd [7-11] | Status bypassed by user due to allowable status change | CM |
| 5/12/2022 | 01:32:48 | 4T60 | Enroute | 7355 Ralston Rd [7-11] | Responding From = WADSWORTH BYP\HWY 121. | CM |
| 5/12/2022 | 01:32:48 | 4T60 | On Scene | 7355 Ralston Rd [7-11] | | CM |
| 5/12/2022 | 01:32:48 | | Incident Late | | Active incident marked as late | |
| 5/12/2022 | 01:37:07 | 4T60 | Code 4/PC | W 58TH AVE\HWY 121 | | CM |
| 5/12/2022 | 01:37:07 | 4B53 | Code 4/PC | RALSTON RD\HWY 121 | | CM |
| 5/12/2022 | 01:52:04 | 4T60 | Code 4/PC | RALSTON RD\HWY 121 | | CM |
| 5/12/2022 | 01:52:04 | 4B53 | Code 4/PC | RALSTON RD\HWY 121 | | CM |
| 5/12/2022 | 01:52:59 | | UserAction | | User clicked Exit/Save | SR |
| 5/12/2022 | 01:53:27 | | UserAction | | User clicked Exit/Save | DR |
| 5/12/2022 | 02:07:53 | 4T60 | Enroute 2nd Loc | ARVADA HEADQUARTERS- 8101 RALSTON ROAD | Incident ID = 4792800, 8101 RALSTON RD 39803131, 105087895, | CM |
| 5/12/2022 | 02:10:33 | 4T60 | Requested Case Number | 59TH AVE\BALSAM PL | Requested Case Number(s) issued for Incident #[05122022-0232507], Jurisdiction: Arvada PD. Case Number(s): AR22-007619. | 4ARC7 |
| 5/12/2022 | 02:11:30 | 4T60 | Arrive 2nd Loc | ARVADA HEADQUARTERS- 8101 RALSTON ROAD | Incident ID = 4792800, 8101 RALSTON RD 39.803131, -105.087895, , | CM |
| 5/12/2022 | 02:11:30 | | Incident Late | | Active incident marked as late | |
| 5/12/2022 | 02:11:50 | 4B53 | Arrive 2nd Loc | ARVADA HEADQUARTERS- 8101 RALSTON ROAD | Incident ID = 4792800, 8101 RALSTON RD 39803131, 105087895, | CM |
| 5/12/2022 | 02:11:55 | | UserAction | | User clicked Exit/Save | CM |
| 5/12/2022 | 02:15:30 | | Incident Late | | Active incident marked as late | |
| 5/12/2022 | 02:17:03 | 4T60 | Code 4/PC | BALSAM PL\W 59TH AVE | | CM |
| 5/12/2022 | 02:17:03 | 4B53 | Code 4/PC | W 59TH AVE\BALSAM PL | | CM |
| 5/12/2022 | 02:22:16 | 4B53 | Available | 7355 Ralston Rd [7-11] | Unit Cleared From Incident 05122022-0232507 | CM |
| 5/12/2022 | 02:30:45 | | UserAction | | User clicked Exit/Save | JB |
| 5/12/2022 | 02:31:11 | | Read Comment | | Comment for Incident 800 was Marked as Read. | CM |
| 5/12/2022 | 02:32:04 | | Read Comment | 7355 Ralston Rd | Comment for Incident 800 was marked as read. | CM |
| 5/12/2022 | 02:35:12 | | UserAction | | User clicked Exit/Save | CM |
| 5/12/2022 | 03:13:31 | | Read Comment | | Comment for Incident 800 was Marked as Read. | CM |
| 5/12/2022 | 03:14:25 | 4B52 | Dispatched | 59TH AVE\VAN VOORHIS WAY | | CM |
| 5/12/2022 | 03:14:25 | 4B53 | Dispatched | BALSAM PL\W 59TH AVE | | CM |
| 5/12/2022 | 03:14:25 | 4B54 | Dispatched | WADSWORTH BLVD\OLDE WADSWORTH BLVD | | CM |
| 5/12/2022 | 03:14:25 | | Incident Late | | Active incident marked as late | |

INV_00000215

9/6/22, 8:26 AM                     Inform Browser : 5.808.44.0 : 20.201.40.0 : 21.102.194.8 - Reports - Incident Report

| Date | Time | Unit | Action | Location | Detail | CM |
|---|---|---|---|---|---|---|
| 5/12/2022 | 03:15:42 | 4B52 | Enroute | 7355 Ralston Rd [7-11] | Status bypassed by user due to allowable status change | CM |
| 5/12/2022 | 03:15:42 | 4B52 | Enroute | 7355 Ralston Rd [7-11] | Responding From = RALSTON RD\UPHAM ST. | CM |
| 5/12/2022 | 03:15:42 | 4B52 | On Scene | 7355 Ralston Rd [7-11] | | CM |
| 5/12/2022 | 03:15:42 | | Incident Late | | Active incident marked as late | |
| 5/12/2022 | 03:15:44 | 4B54 | Enroute | 7355 Ralston Rd [7-11] | Status bypassed by user due to allowable status change | CM |
| 5/12/2022 | 03:15:44 | 4B54 | Enroute | 7355 Ralston Rd [7-11] | Responding From = RALSTON RD\UPHAM ST. | CM |
| 5/12/2022 | 03:15:44 | 4B54 | On Scene | 7355 Ralston Rd [7-11] | | CM |
| 5/12/2022 | 03:15:44 | | Incident Late | | Active incident marked as late | |
| 5/12/2022 | 03:15:54 | 4B53 | Arrive 2nd Loc | ARVADA HEADQUARTERS- 8101 RALSTON ROAD | Incident ID = 4792800, 8101 RALSTON RD 39803131, 105087895, | CM |
| 5/12/2022 | 03:15:54 | | Read Comment | 7355 Ralston Rd | Comment for Incident 800 was marked as read. | CM |
| 5/12/2022 | 03:17:43 | | UserAction | | User clicked Exit/Save | CM |
| 5/12/2022 | 03:27:13 | | UserAction | | User clicked Exit/Save | MH |
| 5/12/2022 | 03:30:37 | | SOP Updated | | Updated SOP information is available | DR |
| 5/12/2022 | 03:30:37 | | UserAction | | User clicked Exit/Save | DR |
| 5/12/2022 | 03:30:37 | | Problem Nature | 7355 Ralston Rd | Incident problem nature changed from <Blank> to Intoxicated Person | DR |
| 5/12/2022 | 03:31:30 | | UserAction | | User clicked Exit/Save | MH |
| 5/12/2022 | 03:37:54 | 4B52 | Enroute 2nd Loc | ARVADA HEADQUARTERS- 8101 RALSTON ROAD | Incident ID = 4792800, 8101 RALSTON RD 39803131, 105087895, | MH |
| 5/12/2022 | 03:40:22 | 4B52 | Arrive 2nd Loc | ARVADA HEADQUARTERS- 8101 RALSTON ROAD | Incident ID = 4792800, 8101 RALSTON RD 39.803131, -105.087895, , | CM |
| 5/12/2022 | 03:43:05 | | Read Comment | | Comment for Incident 800 was Marked as Read. | CM |
| 5/12/2022 | 03:44:51 | 4B54 | Enroute 2nd Loc | ARVADA WEST SHOPS #4007 - 6701 INDIANA STREET | Incident ID = 4792800, 6701 INDIANA ST 39818024, 105166420, | CM |
| 5/12/2022 | 03:44:51 | | Read Comment | 7355 Ralston Rd | Comment for Incident 800 was marked as read. | CM |
| 5/12/2022 | 04:01:41 | 4B54 | Arrive 2nd Loc | ARVADA WEST SHOPS #4007 - 6701 INDIANA STREET | Incident ID = 4792800, 6701 INDIANA ST 39.818024, -105.16642, , | CM |
| 5/12/2022 | 04:11:05 | 4B54 | Available | 7355 Ralston Rd [7-11] | Unit Cleared From Incident 05122022-0232507 | MM |
| 5/12/2022 | 04:20:03 | 4T60 | Available | 7355 Ralston Rd [7-11] | Unit Cleared From Incident 05122022-0232507 | 4ARC7 |
| 5/12/2022 | 04:23:27 | | UserAction | | User clicked Exit/Save | HLT |
| 5/12/2022 | 04:42:55 | 4B52 | Available | 7355 Ralston Rd [7-11] | Unit Cleared From Incident 05122022-0232507 | CM |
| 5/12/2022 | 05:04:57 | 4B53 | Enroute 2nd Loc | JEFFCO JAIL - 200 JEFFERSON COUNTY PKWY | Incident ID = 4792800, 200 JEFFERSON COUNTY PKWY 39730534, 105201680, ADULT MALE | CM |
| 5/12/2022 | 05:20:08 | 4B53 | Arrive 2nd Loc | JEFFCO JAIL - 200 JEFFERSON COUNTY PKWY | Incident ID = 4792800, 200 JEFFERSON COUNTY PKWY 39.730534, -105.20168, , | CM |
| 5/12/2022 | 05:24:09 | | Incident Late | | Active incident marked as late | |
| 5/12/2022 | 05:30:15 | | UserAction | | User clicked Exit/Save | CM |
| 5/12/2022 | 05:39:44 | 4B53 | Enroute 2nd Loc | ARVADA HEADQUARTERS- 8101 RALSTON ROAD | Incident ID = 4792800, 8101 RALSTON RD 39803131, 105087895, | CM |
| 5/12/2022 | 05:57:42 | 4B53 | Available | 7355 Ralston Rd [7-11] | Unit Cleared From Incident 05122022-0232507 | CM |
| 5/12/2022 | 05:57:42 | 4B53 | Response Closed | 7-11 | Response Disposition: R - Report | CM |
| 5/14/2022 | 09:35:59 | | Read Comment | 7355 Ralston Rd | Comment for Incident 800 was marked as read. | MM |

Edit Log

| Date | Time | Field | Changed From | Changed To | Reason | Table | Workstation | User |
|---|---|---|---|---|---|---|---|---|
| 5/12/2022 | 01:25:34 | Agency Name | | Law | (Response Viewer) | Incident | JPCADWK21 | SR |
| 5/12/2022 | 01:25:35 | Longitude | 0 | 105077158 | Entry Selected/Returned from GeoLocator | Response_Master_Incident | JPCADWK21 | SR |
| 5/12/2022 | 01:25:35 | Latitude | 0 | 39802286 | Entry Selected/Returned from GeoLocator | Response_Master_Incident | JPCADWK21 | SR |
| 5/12/2022 | 01:25:35 | City | | ARVADA | Updated City | Response_Master_Incident | JPCADWK21 | SR |
| 5/12/2022 | 01:25:35 | Address | 39°48'08.23"N / 105°04'37.77"W | 7355 RALSTON RD | Entry Selected/Returned from GeoLocator | Response_Master_Incident | JPCADWK21 | SR |
| 5/12/2022 | 01:25:35 | ResponsePlanType | 0 | 0 | (Response Viewer) | Response_Master_Incident | JPCADWK21 | SR |
| 5/12/2022 | 01:25:35 | Response_Area | | APD Sector B | (Response | Response_Master_Incident | JPCADWK21 | SR |

INV_00000216

9/6/22, 8:26 AM                                    Inform Browser : 5.808.44.0 : 20.201.40.0 : 21.102.194.8 - Reports - Incident Report

| Date/Time | Field | Value 1 | Value 2 | Status | Viewer | Record | Code |
|---|---|---|---|---|---|---|---|
| | | | | | Viewer) | | |
| 5/12/2022 01:25:35 | Battalion | | 4 Baker | | (Response Viewer) | Response_Master_Incident | JPCADWK21SR |
| 5/12/2022 01:25:35 | Division | | 4 Baker | | (Response Viewer) | Response_Master_Incident | JPCADWK21SR |
| 5/12/2022 01:25:35 | Jurisdiction | | Arvada PD | | (Response Viewer) | Response_Master_Incident | JPCADWK21SR |
| 5/12/2022 01:25:35 | Address | (Blank) | 39°48'08.23"N / 105°04'37.77"W | New Entry | | Response_Master_Incident | JPCADWK21SR |
| 5/12/2022 01:25:35 | Call_Back_Phone | | (720) 552-2684 | | (Response Viewer) | Response_Master_Incident | JPCADWK21SR |
| 5/12/2022 01:25:35 | Call Back Phone | | (720) 552-2684 | | (Response Viewer) | Incident | JPCADWK21SR |
| 5/12/2022 01:25:35 | Unread Comment | False | True | | (Response Viewer) | Incident | JPCADWK21SR |
| 5/12/2022 01:26:04 | Location_Name | | 7355 RALSTON RD 7-11 #R-200 | | (Response Viewer) | Response_Master_Incident | JPCADWK21SR |
| 5/12/2022 01:26:24 | Problem | | Suspicious Vehicle | | (Response Viewer) | Response_Master_Incident | JPCADWK21SR |
| 5/12/2022 01:26:25 | Map_Info | | ARVADA FD | | | Response_Master_Incident | JPCADWK21SR |
| 5/12/2022 01:26:25 | Pickup_Map_Info | | ARVADA FD | | | Response_Transports | JPCADWK21SR |
| 5/12/2022 01:26:39 | Caller_Name | T-Mobile USA, Inc. | TAMMY- CLERK | | (Response Viewer) | Response_Master_Incident | JPCADWK21SR |
| 5/12/2022 01:27:09 | Read Comment | False | True | | (Response Viewer) | Response_Master_Incident | JPCADWK37CM |
| 5/12/2022 01:27:09 | Read Call | False | True | | (Response Viewer) | Response_Master_Incident | JPCADWK37CM |
| 5/12/2022 01:27:13 | Unread Comment | False | True | | (Response Viewer) | Incident | JPCADWK21SR |
| 5/12/2022 02:31:11 | Read Comment | False | True | | (Response Viewer) | Response_Master_Incident | JPCADWK37CM |
| 5/12/2022 02:32:04 | Unread Comment | False | True | | (Response Viewer) | Incident | JPCADWK37CM |
| 5/12/2022 03:13:31 | Read Comment | False | True | | (Response Viewer) | Response_Master_Incident | JPCADWK37CM |
| 5/12/2022 03:15:54 | Unread Comment | False | True | | (Response Viewer) | Incident | JPCADWK37CM |
| 5/12/2022 03:30:37 | Problem | Suspicious Vehicle | Intoxicated Person | | (Response Viewer) | Response_Master_Incident | JPCADWK38DR |
| 5/12/2022 03:43:05 | Read Comment | False | True | | (Response Viewer) | Response_Master_Incident | JPCADWK37CM |
| 5/12/2022 03:44:51 | Unread Comment | False | True | | (Response Viewer) | Incident | JPCADWK37CM |
| 5/12/2022 05:57:42 | Phone Answer: | | 05/12/2022 01:25:27 | | (Response Viewer) | Incident | JPICAD04    JIT |
| 5/12/2022 05:57:42 | Method Of Call Received Name | | 911 | | (Response Viewer) | Incident | JPICAD04    JIT |
| 5/14/2022 09:35:59 | Unread Comment | True | False | | (Response Viewer) | Incident | JPCADWK37MM |

Custom Time Stamps
**No Custom Time Stamps**

Custom Data Fields

| Description | | Data | User |
|---|---|---|---|
| Phone Answer: | | 05/12/2022 01:25:27 | JIT |

Attachments
**No Attachment**

INV_00000217