IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.     22-cr-00329-RMR

UNITED STATES OF AMERICA,

       Plaintiff,

v.

LEWIS BURTON RIDGEWAY,

       Defendant.

# EXHIBIT B
**(Dispatch Audio, INV_208)**

CONVENTIONALLY FILED MATERIAL
re: Defendant's Motion to Suppress Evidence and Statements