IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   22-cr-00329-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEWIS BURTON RIDGEWAY,

    Defendant.

# EXHIBIT C
**(Hammernik BWC, INV_074)**

CONVENTIONALLY FILED MATERIAL
re: Defendant's Motion to Suppress Evidence and Statements