# Exhibit E



# Arvada Police Department

## Incident: AR22007619

### Incident details:

| | |
|---|---|
| **Incident Type:** | WEAPON LAW VIOLATION |
| **Incident time:** | 05/12/2022 01:27 - 05/12/2022 01:27 |
| **Reported time:** | 05/12/2022 01:25 |
| **Incident location:** | 7355 RALSTON RD, # R100, ARVADA, JEFFERSON CO 80002 (Beat: APDSECTORB) 80002 |
| **Incident status:** | Cleared by arrest |
| **Reporting officer:** | #1826 HAMMERNIK, MATTHEW |
| **Investigator:** | |
| **Summary:** | Officers contacted male slumped over behind wheel, in control of vehicle. Driver arrested for DUI and during search incident to arrest, officers located gun in male's waistband. Driver found to have prior felony convictions. |

### Involved Persons:

| | | | |
|---|---|---|---|
| **Name:** | RIDGEWAY, LEWIS BURTON | **Gender:** | Male |
| **Classification:** | Arrested; Suspect | **DOB:** | 11/24/1979 |
| **Address:** | 7599 W 72ND AVE, # 22, ARVADA, JEFFERSON CO 80003 (Beat: APDSECTORA) (CADRESULT - 7599 W 72 AV AR) | | |
| **Telephone:** | (Cell phone) (720) 448-0436 [Other]<br>(Landline) (303) 463-5293 [Other] | | |
| **Height:** 6'0" | **Weight:** 190lb | | **Build:** |
| **Race:** White | **Hair Color:** Brown | | **Eye Color:** Brown |
| **Name:** | LEAL, TAMMY LOUCINDA | **Gender:** | Female |
| **Classification:** | Reporting party | **DOB:** | 05/03/1966 |
| **Address:** | 9304 W 66TH PL, ARVADA, JEFFERSON CO 80004 (Beat: APDSECTORA) (CADRESULT - 9304 W 66 PL AR) | | |
| **Telephone:** | (Cell phone) (720) 552-2664 [Residence]<br>(Cell phone) (712) 213-5164 [Business] | | |
| **Height:** 5'3" | **Weight:** 163lb | | **Build:** |
| **Race:** White | **Hair Color:** Brown | | **Eye Color:** Brown |

### Involved Vehicles:

- White 2008 Ford F150 / CO License #BJSC43 [Truck, van: Pickup] VIN:1FTPW14V98FA35301 / Held; Towed

## Involved Officers:

- #1823 WONDERLY, BRIAN (Back-up officer)
- #1815 TANIS, MATTHEW (Back-up officer)
- #1821 COAKLEY, HAYDEN (Back-up officer)
- #1826 HAMMERNIK, MATTHEW (Reporting officer)
- #000000 CAD INTERFACE (Reporting officer)

## Reports:

### General report:

| | | | |
|---|---|---|---|
| **Author:** | #1826 HAMMERNIK, MATTHEW | **Report time:** | 05/12/2022 20:50 |

**Narrative:**

*Disclaimer: This report is a synopsis of this investigation and is not meant to be a transcript or complete accounting of every detail or circumstance contained within any Body-Worn Camera footage collected. Furthermore, this report may include additional information regarding what the officer was actually seeing or perceiving during this event that may not be captured in the video footage. Similarly, if this report includes information regarding recorded interviews or actions by an officer, it should be treated as a summary of those interviews or actions and not a transcript.*
*Based on my interpretation of interviews, inferences of time, and an attempt to logically prepare this report, this report may not be in chronological order as reported by the victim(s), witness(es) and/or suspect(s).*
*The written report is based on my reasonable determination of what is relevant at the time.*

**DRIVING OBSERVATIONS/STOP**

On 05/12/2022, I (DUI Ofc. M. Hammernik #1826) was acting as the field training officer for Ofc. M. Rollins (#2106), when we were dispatched to 7-Eleven, located at 7355 Ralston Rd, #R100, Arvada, Jefferson County, Colorado in reference to a suspicious vehicle. The reporting party, later identified as Tammy Leal (DOB 05/03/1966), is an employee of the aforementioned location and contacted police dispatch to report a white pickup had been parked in the parking lot near the front door. Tammy provided the vehicle had been there for approximately one hour and throughout that time, the driver of the vehicle had been passed out behind the wheel.

**CONTACT**

On our arrival at approximately 0132 hours, Ofc. Tanis was already on scene and had arrived at approximately 0127 hours. I noted the aforementioned vehicle, bearing CO plate BJSC43 (VIN 1FTPW14V98FA35301), parked in the lot directly in front of the door to the business. The vehicle ignition appeared to be turned off, but I noted the headlights to be on as well as what I believed to be brake lights illuminated. The front passenger side of the truck had moderate damage which appeared to me to be old. The driver and sole occupant of the vehicle, later identified as Lewis Ridgeway (DOB 11/24/1979) appeared to be asleep so that his head was downward and chin resting on his chest. The vehicle keys as well as his phone were resting in his lap. As officers were continuing to look inside the vehicle and observe what was occurring, Lewis awoke and began looking around. At that point, officer gave him orders to exit the vehicle, but instead, Lewis reached for the keys and began to put them in the ignition, having difficulty in being able to do so and ultimately unable to. Officers continued to give him commands to exit, finding the doors to the truck to be locked. Lewis eventually exited the truck on his own, with his phone falling on the ground. Upon exiting, he stumbled heavily, at one point using his left hand placed against the truck for balance. Lewis was initially frisked for weapons by Ofc. Rollins, who then began speaking with him.

Lewis admitted to driving to the aforementioned location, initially stating he drove from the area of Ralston Rd and Pierce St before stating he drove from "Arvada Village" which is in the area of 72nd Ave and Wadsworth Blvd; appearing to become confused. Lewis initially denied any

drug or alcohol use on this date. While I was observing Lewis, I noted his speech to be low and his eyes bloodshot. While standing still he was continuously swaying front to back and he appeared to have body tremors.

Ofc. Rollins asked Lewis if he would be willing to participate in voluntary roadside tests, which he agreed to do. In relation to standard follow up questions, Lewis stated he had, "hardware" in one leg as a physical defect, was not wearing contacts and provided that he had no conditions which would prevent him from completing the tests; at one point stating he was relatively healthy.

### HGN

Ofc. Rollins started Standardized Field Sobriety Tests (SFSTs) with Lewis at approximately 0141 hours with Horizontal Gaze Nystagmus (HGN). Ofc. Rollins later advised me that she had not observed any clues present for HGN. While monitoring, I continued to note Lewis to be heavily swaying throughout the test.

### WALK AND TURN

After completing HGN, Ofc. Rollins provided instructions as well as a demonstration to Lewis for the Walk and Turn (WAT) test. I noted Lewis to be wearing tennis shoes, shorts and a long sleeve shirt and the weather was relatively warm. In reviewing body camera footage later, during the instructional phase, I noted the following clues: cannot keep balance (x2), starts too soon (x1).

In completing the test, Lewis exhibited the following additional clues: stopped walking after step 9 and after completing the turn; took 8 steps and second sequence; in completing his turn, Lewis lifted both feet. In total, Lewis displayed 4 clues out of a possible of 8 for the Walk and Turn. I would note that while not a clue, Lewis took rigid steps, slamming his heel into the toe.

### ONE LEG STAND

After completing the WAT, Ofc. Rollins provided instructions and a demonstration to Lewis for the One Leg Stand (OLS) test. In completing the test, I noted following clues displayed reviewing body camera footage: put foot down(x1); sways (x2); uses arms for balance (x1). In total, Lewis displayed 3 out of 4 possible clues for the One Leg Stand. Further, he did not count as instructed and while completing the test displayed heavy lower body tremors.

### MODIFIED TESTING

After completing her initial battery of SFSTs, Ofc. Rollins advised me she believed Lewis to be impaired by drugs based on her observations and requested I complete additional Advanced Roadside Impaired Driving Enforcement (ARIDE) testing with Lewis. At that time, I began speaking with Lewis further and during the course of that conversation he admitted so smoking, "pot" all day and further stated that his "high" from the marijuana was why he had been sleeping. Lewis further continued to complain of dry mouth, which is known to me to be a consistent sign or symptom of illicit narcotic use. When asked to provide his current level of perceived intoxication on a scale of 0 to 10, with "0" representing entirely sober and "10" representing the most drunk or high he has ever felt in his life and Lewis stated he believed he was a "3". Lewis was entirely unaware of the current general time. I asked Lewis if he was willing to participate in additional testing with me and he agreed.

I instructed Lewis to maintain his position with feet together and arms at his side and again instructed him to focus his eyes on my left index finger as a stimulus, held approximately 12-15 inches from his face. Lewis stated he understood. I again informed Lewis to follow the stimulus with his eyes and his eyes only, not moving his head; to which he stated he understood. I elevated the stimulus to approximately Lewis' hairline and began the test for Lack of

Convergence (LOC). In doing so, I completed two circles in a clockwise fashion, ensuring Lewis' eyes were still following the stimulus. I then paused briefly at the top of the second circle and moved my finger towards the bridge of Lewis' nose; coming within approximately 1-2 inches of his nose, where I held the stimulus for approximately one second. In doing so, I observed both of Lewis' eyes to begin track normally, and then the right eye begin to float outward while the left eye continued tracking inward; confirming LOC to be present.

I then provided Lewis instructions for the Modified Romberg Balance (MRB) test. I instructed Lewis to place his feet together with arms at his side and not to move from that position until told to do so. Isaac stated he understood. I then instructed Lewis that when I told him to begin, he would tilt his head backwards, close his eyes and remain in that position until he believed 30 seconds had gone by. Once he believed 30 seconds had passed, I instructed Lewis to open his eyes, and say "stop". When asked, Lewis stated he understood and I instructed him to begin. While Lewis was holding this position, I noted him continuing to sway approximately two to three inches side to side and I observed his eyelids and body to be tremoring. In total, after 45 seconds, Lewis opened his eyes and stated, "stop". I asked Lewis if he believed 30 seconds had gone by and he stated he believed it had.

I further completed the Finger to Nose test with Lewis, providing him with a demonstration as well as instructions for the test and receiving confirmation from him that he understood. In completing the test, I noted the following anomalies: first left, paused; first right, touched the left side of nose; second left, touched bridge of nose with pad; third right, moved his head to his finger; third left, touched right side of nose.

## ARREST

Based on the totality of all observations, Lewis was placed into custody at approximately 0156 hours and informed he was under arrest for suspicion of driving under the influence. Lewis was subsequently searched, incident to arrest, during which time Ofc. Rollins located a handgun tucked in the front of his waistband. On further observation, the gun is what is referred to as a "ghost gun", which contains no serial number and is made of parts from several other different firearms. The gun itself was loaded with one round in the chamber and a 10 round magazine inserted; all 9MM ammunition. This gun was later submitted as evidence in this case.

Ofc. Rollins advised Lewis of Colorado Express Consent, reading from a department-issued card. After being advised and only offered a blood test, due to suspicion and indicia of drug use, Lewis agreed to complete the test. This test was later completed at Arvada Police Headquarters with Ofc. Tanis as the witness. A routine NCIC/CCIC clearance of Lewis discovered him to be presently on parole with numerous prior felony convictions.

Lewis was later transported to the Jefferson County Jail to be held on new felony charges in relation to this incident.

I have nothing further to report at this time. Please reference body worn camera footage and other officer reports for additional information.

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #1821 COAKLEY, HAYDEN | **Report time:** | 05/12/2022 21:18 |
| **Entered by:** | #1821 COAKLEY, HAYDEN | **Entered time:** | 05/12/2022 21:18 |

**Narrative:**

WITNESS LIST

Arvada Police Department CR: AR22007619

W1:

Officer Matthew Hammernik #1826

Arvada Police Department

8101 Ralston Rd.

Arvada, CO 80002

720-898-6900

Can testify to contacting Ridgeway, observing signs of impairment, performing Advanced Roadside Impaired Driving Enforcement (ARIDE) field sobriety maneuvers, and acting as Officer Rollins' field training officer.


W2:

Officer Michaela Rollins #2106

Arvada Police Department

8101 Ralston Rd.

Arvada, CO 80002

720-898-6900

Can testify to contacting Ridgeway, observing signs of impairment, performing roadside field sobriety maneuvers, and locating the gun in Ridgeway's waistband.


W3:

Officer Matt Tanis #1815

Arvada Police Department

8101 Ralston Rd.

Arvada, CO 80002

720-898-6900

Can testify to initial observations of the vehicle and Ridgeway, contacting the original reporting party, and overseeing the blood draw.

W4:

Officer Brian Wonderly #1823

Arvada Police Department

8101 Ralston Rd.

Arvada, CO 80002

720-898-6900

Can testify to having the vehicle towed to Arvada Police impound and sealing the vehicle.

W5:

Tammy Leal (DOB 05/03/66)

9304 W. 66th Pl, Arvada CO 80004

720-552-2664

Can testify to customers telling her there was a male passed out in a vehicle and calling 911.

W6:

Evidence Technician

Arvada Police Department

8101 Ralston Rd.

Arvada, CO 80004

720-898-6807

Can testify to chain of custody.

W7:

Carrie Brady #0416

Arvada Police Department

8101 Ralston Rd

Arvada, CO 80002

720-898-6900

Can testify to: Case Filing Agent

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #1821 COAKLEY, HAYDEN | **Report time:** | 05/12/2022 22:12 |
| **Entered by:** | #1821 COAKLEY, HAYDEN | **Entered time:** | 05/12/2022 22:12 |

**Narrative:**

CASE SUMMARY
CASE NUMBER: AR22007619

OFFENSE:
Count 1: Possession of Weapon by Previous Offender, C.R.S 18-12-108, 5F
Count 2: Drove Vehicle While Under the Influence of Alcohol and/ or Drugs, C.R.S 42-4-1301, M
Count 3: Prohibited Use of Weapons, C.R.S 18-12-106(1)(d), 1M

DATE AND TIME OF OFFENSE:
Counts 1-3: Thursday, May 12th 2022 at approximately 0125 hours

LOCATION OF OCCURRENCE:
Counts 1-3: 7355 Ralston Rd. Arvada, Jefferson County, CO

COMPLAINTANT:
Counts 1-3: State of Colorado

DEFENDANT
Counts 1-3:    Ridgeway, Lewis Burton (DOB 11/24/79)
7599 W. 72nd Ave. #22 Arvada, CO 80003
Phone: UNK
Work Address: UNK
W/M, 6'00", 190, brown hair, brown eyes
Scar/Marks/Tattoo: "Brittany" (neck), several (chest, back, arms, legs)
SSN#: 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
FBI#: 727674DB6
SID#: CO883344

Prior Criminal History: Homicide, Attempt Homicide, 1st Degree Burglary, 1st Degree Assault, Kidnapping, Weapons Offense, Felony Menacing, Traffic.

SYNOPSIS:

On 05/12/22 at approximately 0127 hours, Arvada Police Officers were dispatched to the 7-11 located at 7355 Ralston Rd. Arvada, Jefferson County, Colorado reference a white Ford pickup truck with a male passed out in the driver's seat. It was noted the male was asleep in the car for approximately one hour prior to officer arrival.

Ofc. Tanis arrived on scene and observed a white 2008 Ford F-150 bearing Colorado license plate BJSC43 parked directly in front of the 7-11. Shortly after, Ofc. Hammernik and his officer

in training, Ofc. Rollins, arrived on scene. Officer Rollins contacted the driver, although the windows were rolled up, and instructed to him to exit the vehicle which he did after being told by officers to stop attempting to put the keys in the ignition. It was noted by officers that when the driver did exit the vehicle that he stumbled heavily and was bracing himself against the vehicle for balance.

Ofc. Rollins began speaking with the driver who identified himself as Lewis Ridgeway (DOB 11/24/79) and patted him down for weapons. Lewis declined having ingested any alcohol or drugs however agreed to perform voluntary roadside maneuvers to which he did not perform consistently with that of a sober person. Ofc. Rollins then advised Ofc. Hammernik that she suspected Lewis' level of impairment and indicia of intoxication to be from drug use, not alcohol. At this time Ofc. Hammernik began performing additional roadside tests designed to detect drug impairment and noted Lewis also did not complete these consistent with that of a sober person. Ofc. Hammernik then conducted Advanced Roadside Impaired Driving Enforcement (ARIDE) tests and where Lewis continued to display heavy signs of impairment.

At approximately 0156 hours, Lewis was placed into custody for suspicion of driving under the influence. During a search of Lewis subsequent to arrest, Ofc. Rollins located a loaded, 9mm pistol tucked into Lewi's front waistband. The firearm had a loaded magazine inserted with a round in the chamber as well.

A CCIC/NCIC clearance of Lewis reveled he was a several time convicted felon therefore prohibiting him from possessing a firearm. Lewis was also found to be on parole out of the Colorado Department of Corrections. Lewis was booked at the Jefferson County Sheriff's Office Detention Facility on the above mentioned charges.

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #1815 TANIS, MATTHEW | **Report time:** | 05/13/2022 01:20 |
| **Entered by:** | #1815 TANIS, MATTHEW | **Entered time:** | 05/13/2022 01:20 |

**Narrative:**

On 5/12/22 at approximately 0127 hours, I, (Officer M. Tanis) was dispatched to the 7-11 located at 7355 Ralston Road reference a suspicious vehicle. The reporting party, identified as Tammy Leal (DOB 05/05/66) contacted JeffCom dispatch advising she was an employee at the 7-11 and there was a white Ford pickup truck with damage parked in front of the above-listed address. Tammy further advised the vehicle was occupied by one male that was passed out behind the wheel. Tammy later provided to officers that the vehicle had been parked at the address, with the male asleep, for approximately one hour prior to officer arrival.

Upon arrival on-scene, I observed a white 2008 Ford F-150 bearing Colorado license plate BJSC43 (VIN: 1FTPW14V98FA35301) with heavy front end damage parked in a parking spot directly in front of the front doors of the 7-11. I subsequently approached the vehicle and observed one male, later identified as Lewis Burton Ridgeway (DOB 11/24/79) passed out in the driver's seat of the truck, with head forward and leaning towards his lap. I further observed the keys to be in Lewis' lap, the headlights as well as brake lights illuminated, and the vehicle to be turned off. Due to the aforementioned circumstances, I waited for a cover officer to arrive on-scene to make contact with Lewis.

Once Officer Rollins and Officer Hammernik arrived on-scene I re-approached the vehicle on the passenger side while Officer Rollins and Hammernik approached by the driver's side. Officer Rollins knocked on the driver's door at which time Lewis came to and began attempting to put the keys back in the ignition. Officer Rollins gave Lewis multiple commands to exit the vehicle to which he complied. Officer Rollins and Hammernik spoke with Lewis. Please refer to their reports for further.

While Officer Rollins and Hammernik were speaking with Lewis, I spoke with Tammy who advised the vehicle arrived approximately one hour prior to officers arrival and she was unsure if anybody exited the vehicle.

After speaking with Tammy, I exited the store as Lewis was placed under arrest for suspicion of DUI.

I subsequently responded back to Arvada Police Headquarters to assist Officer's Rollins and Hammernik in processing Lewis' arrest.

While at Arvada Police Headquarters, Stadium Medical responded in order to complete a blood draw on Lewis. EMT Karubus responded where two separate blood draws were completed at 0245 and 0246 hours. After the blood draw was completed, I inverted both tubes as required and sealed the blood kit where the blood kit was then sent to CBI.

I would note prior to opening the blood kit, the blood kit had all seals intact with an expiration date of 01/31/2023, lot number 65323.

I then transported Lewis to the Jefferson County Jail without incident.

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #1823 WONDERLY, BRIAN | **Report time:** | 05/13/2022 03:05 |
| **Entered by:** | #1823 WONDERLY, BRIAN | **Entered time:** | 05/13/2022 03:05 |

**Narrative:**

On May 12, 2022 at 0127 hours, I, Officer Wonderly (1823), responded to the 7 Eleven, 7355 Ralston Road, Arvada, Jefferson County, CO, in regard to a report of a male, later identified as Lewis Ridgeway (DOB 11-24-79), who was unconscious in the driver's seat of his truck in front of the business.

Upon arrival, I saw the suspect, Lewis Ridgeway, with his head slumped down in the driver's seat of a white Ford pickup truck bearing CO tag BJSC43. I stayed on scene until Officer Rollins (2106) and Officer Hammernik (1826) arrived on scene to take over the investigation.

I was later notified by officers, Ridgeway was placed under arrest for driving under the influence of alcohol and/or drugs. While being searched incident to arrest, officers found Ridgeway to be in possession of a handgun with no serial number on it which had been modified by an auto sear to allow it to be a fully automatic firearm. Officers who were originally out at the truck reported they had locked the keys to the truck inside it at the request of Ridgeway and it had not been searched for elements of the crimes he was arrested for. I returned to the truck where I found it was not locked. I attempted to review the surveillance video from the business to show whether the truck had been accessed by anyone else but the employ would not allow me to at that time. I later sent a lab request for the lab to attempt to retrieve the surveillance video showing this. I secured and sealed the truck before having it towed to the Indiana Impound lot pending a search warrant.

Nothing further at this time.