# Exhibit F

# Supplementary Incident Report

Arvada Police Department
*Printed:* 05/24/2022 09:34 by 8302
*Incident:* **AR22007619 WEAPON LAW VIOLATION @05/12/2022 01:25**

*Author:* #1812 DUNN, NARISSA
*Entered by:* #1812 DUNN, NARISSA
*Report time:* 05/19/2022 02:56
*Entered time:* 05/19/2022 02:56

**Remarks:**
Supp 2 N Dunn

**Report:**
On Thursday, May 12th, 2022 at approximately 0315 hours, I (Officer N. Dunn 1812) responded to Arvada Police Department Headquarters, 8101 Ralston Road, Arvada, Jefferson County, Colorado to assist officers on an intoxicated person and weapons offense investigation.

I completed the standard booking procedures for the suspect, identified as Lewis Ridgeway (W/M DOB 11-24-1979). During our interaction, I had asked Ridgeway if the piece on the back of the gun he was found to be in possession of was a sear. Ridgeway stated yes. Ridgeway proceeded to make the unsolicited statement that he had built the gun himself, which is why it did not have a serial number, and had purchased the sear from a buddy. Ridgeway stated his buddy had a couple of them and was showing him one and letting him try it out. Ridgeway stated he was unable to test the auto sear, but purchased it from him and not yet fired the gun. Ridgeway provided no further details regarding the incident.

This concluded my involvement in the investigation.