# Exhibit G

IN THE DISTRICT/COUNTY COURT IN AND FOR
THE COUNTY OF JEFFERSON
STATE OF COLORADO
NO. 22-911   DIVISION _____

## SEARCH WARRANT

2022 MAY 24 PM 3:21

COMBINED COURT
JEFFERSON COUNTY, CO

TO: Detective Stephen Grisham Arvada Police Department, an officer authorized by law and any other officer authorized to execute search warrants within the County of Jefferson, State of Colorado.

Detective Grisham having this date filed an affidavit for search warrant in conformity with the provisions of Rule 41, Colorado Rules of Criminal Procedure and C.R.S. 16-3-301, et. seq., as amended, for the following described **PROPERTY,** to-wit: firearms, firearms parts such as auto sears, ammunition, Marijuana or implements used for the consumption of Marijuana such as pipes, vape pens, marijuana edibles and/or other controlled substances. The search shall include the trunk and any and all locked containers inside the vehicle. Crime scene photography will also be included in the search.

**WHICH IS LOCATED AT:** white 2008 Ford F-150 bearing Colorado license plate BJSC43 (VIN: 1FTPW14V98FA35301) which is currently being held in the Arvada Police Departments Impound Facility located at 6701 Indiana Street, Arvada, Jefferson County, CO.

**Items to be searched for include but are not limited to:.** firearms, firearms parts such as auto sears, ammunition, Marijuana or implements used for the consumption of Marijuana such as pipes, vape pens, marijuana edibles and/or other controlled substances. The search shall include the trunk and any and all locked containers inside the vehicle. Crime scene photography will also be included in the search.

Upon one or more grounds set forth in Rule 41, Colorado Rules of Criminal Procedure and C.R.S. 16-3-302, as amended, namely:
    ( ) Which is stolen or embezzled; or
    ( ) Which is designed or intended for use as a means of committing a criminal offense; or
    (X) Which is or has been used as a means of committing a criminal offense; or
    (X) The possession of which is illegal; or
    (X) Which would be material evidence in a subsequent criminal prosecution in this state or in another state; or
    ( ) Other:

I am satisfied that there is probable cause to believe that the property so described is located with the **VEHICLE/PREMISES** above described and that the grounds for this search warrant exist.

    YOU ARE THEREFORE COMMANDED to search the place above described for the property above described.
    YOU ARE FURTHER COMMANDED to leave a copy of the search warrant and receipt for the property taken with the person from whom or from whose premises the property is taken; or, in lieu thereof, to leave a copy of the search warrant and receipt at the place from which the property is taken.
    YOU ARE FURTHER COMMANDED to make return of this search warrant and a written inventory of the property taken to the undersigned judge within fourteen days from the date hereof.
    On the basis of the information set forth in the affidavit and pursuant to C.R.S. 16-3-301, et.seq., as amended, YOU ARE AUTHORIZED to execute this search warrant in the manner set forth above, with the following **special conditions,** to-wit:

DATED this the 24 day of MAY, 2022.

BY THE COURT:

*[signature]* Kristin Wheeler

*[Jefferson County Combined Court seal]*

IN THE COUNTY COURT, IN AND
FOR THE COUNTY OF JEFFERSON
AND STATE OF COLORADO BEFORE

AFFIDAVIT FOR SEARCH WARRANT
UNDER RULE 41, AND TITLE 16,
ART. 3, C.R.S., AS AMENDED

_____
Judge

2022 MAY 24  PM 3: 19

22-971

Your Affiant, Detective S. Grisham, is a commissioned Peace Officer with the Arvada, Colorado Police Department. Your Affiant has over 40 years of law enforcement experience and has been employed by the Arvada Police Department for approximately 39 years. Over the course of employment at the Arvada Police Department, Your Affiant has been a dispatcher, patrol officer, detective, investigator, field training officer and a sergeant. Your affiant has had assignments in both the Criminal Investigations Bureau as a detective and a sergeant and the Special Investigations Unit/West Metro Drug Task Force as an investigator and a sergeant. Your Affiant has attended a myriad of training on law enforcement investigative topics. Your Affiant has investigated hundreds of criminal cases. Your Affiant has extensive knowledge, experience and training in the area of narcotics enforcement. Your Affiant has also instructed classes related to criminal investigation and narcotics and has testified in United States District Court and in Jefferson County District Court as an expert witness. Your Affiant retired from the Arvada Police Department in 2014 after 34 years of service as a Police Sergeant. Your Affiant is now re-employed as a Police Detective serving in this capacity since July, 2015. Your Affiant is currently assigned to the Criminal Investigations Unit/Crimes Against Persons with the responsibility of investigating major crimes. Your Affiant is currently assigned to the Regional Anti-Violence Enforcement Network (R.A.V.E.N.) task force which investigated violent crimes targeting firearms and gang violence.

This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

PROBABLE CAUSE

Your Affiant requests a search warrant be issued based on the following related incidents which occurred on May 12th, 2022, Arvada Police case #AR22007619.

On 5/12/22 at approximately O127 hours, Officers Tanis, Hammernick and others were dispatched to the 7-11 located at 7355 Ralston Road, Arvada, Jefferson County, CO reference a suspicious vehicle. The reporting party, identified as Tammy Leal (DOB 05/05/66) contacted JeffCom dispatch advising she was an employee at the 7-11 and there was a white Ford pickup truck with damage parked in front of the above-listed address. Tammy further advised the vehicle was occupied by one male that was passed out behind the wheel. Tammy later provided to officers that the vehicle had been parked at the address, with the male asleep, for approximately one hour prior to officer's arrival.

Upon arrival at the scene Officer Tanis observed a white 2008 Ford F-150 bearing Colorado license plate BJSC43 (VIN: 1FTPW14V98FA35301) with heavy front end damage parked in a parking spot directly in front of the front doors of the 7-11. Officer Tanis subsequently approached the vehicle and observed one male, later identified as Lewis Burton Ridgeway (DOB 11/24/79) passed out in the driver's seat of the truck, with head forward and leaning towards his lap. Officer Tanis further observed the keys to be in Lewis' lap, the headlights as well as brake lights illuminated, and the vehicle to be turned off. Due to the aforementioned circumstances, Officer Tanis waited for a cover officer to arrive on-scene to make contact with Lewis.

Upon Officer Hammernik's arrival with his officer in training, Officer Rollins, officers approached the vehicle, noting Lewis to still be asleep in the same aforementioned manner. Immediately prior to officers attempting to wake him, he appeared to wake on his own, at which time Officer Rollins loudly knocked on

the driver's door, ordering Lewis to step out of the vehicle. In response, Lewis appeared disoriented and began reaching for his keys, still resting in his lap, attempting to put the keys into the vehicle's ignition. Lewis was given several loud orders to stop, at which time he did and directed to exit the vehicle. Upon doing exiting, Lewis stumbled heavily and while walking away from the driver's door took several misssteps, at one point using his hand to brace himself against his vehicle for balance.

Officer Rollins initially started speaking with Lewis, who admitted to driving to the aforementioned location; initially stating he had come from an apartment complex in the area of 58th Ave and Pierce St, before becoming apparently confused and stating he had driven from his own residence, located in the area of 72nd and Wadsworth Blvd. Lewis did not initially provide an explanation as to why he had been asleep and initially declined having consumed any alcohol or drugs on this date. Officer Rollins did ask Lewis if would be willing to participate in voluntary roadside tests and he agreed to do so. During the initial battery of Standardized Field Sobriety Tests (SFSTs), Lewis did not perform them to the standard of a sober person. Additionally, Officer Rollins advised Officer Hammernik that she suspected Lewis' level of impairment and indicia of intoxication to be from drug use; to include his bloodshot eyes, slightly dilated pupils, lack of Horizontal Gaze Nystagmus and continuous heavy swaying. Officer Hammernik then began to conduct additional roadside tests designed for drug impairment and noted Lewis to not complete them to the standard of a sober person. In addition, Officer Hammernik advised Officer Tanis he had noted the following indicia of impairment: Lewis displayed bloodshot and glassy eyes as well as slightly dilated pupils. Additionally, Officer Hammernik noted Lewis to be displaying eyelid and body tremors and Lewis was continuously complaining of dry mouth; which can be consistent with drug use. Officer Hammernik did ask Lewis again about his recent drug consumption at which time **Lewis admitted to having consumed marijuana heavily throughout the day.** Lewis further admitted he had fallen asleep in his vehicle due to his level of high and when asked, stated he believed he was presently a "3" on a scale of O to 10 for perceived impairment or high. At one point, Lewis made a comment, acknowledging his impairment, stating something to the effect of, "At least I parked my car." Officer Hammernik did complete Advanced Roadside Impaired Driving Enforcement testing and Lewis continued to display heavy signs of impairment.

Based on the totality of all circumstances, Lewis was placed into custody at approximately 0156 hours for suspicion of operating a motor vehicle under the influence. During subsequent search incident to arrest **officers located a 9MM handgun tucked into his waistband**; commonly referred to as a "Ghost gun", which was made of several parts from different firearms and was void of a serial number. The firearm itself was determined to be loaded with one round in the chamber and a full magazine with an additional 9 unspent casings. In relation to the arrest for DUI, Lewis was advised of express consent law where he consented to a blood draw.

Officer Tanis then conducted a routine clearance via NCIC/CCIC of Lewis which revealed Lewis had been convicted of multiple felonies most recently being in 07/2011, Jefferson County Court docket 10CR2603. Officer Tanis would note Lewis served approximately 4 years Department of Corrections and is currently on parole.

The 2008 Ford F-150 bearing Colorado license plate BJSC43 (VIN: 1FTPW14V98FA35301) that Ridgeway was driving was towed by officers on scene. An inventory search of the vehicle was not completed at that time.

I later learned that when officers were examining the firearm they determined that it has an **auto sear** installed in the gun. Specifically Officer Dunn was in the booking area with Ridgeway and during their interaction; Officer Dunn had asked Ridgeway if the piece on the back of the gun he was found to be in possession of was a sear. Ridgeway stated yes. Ridgeway proceeded to make the unsolicited statement that he

had built the gun himself, which is why it did not have a serial number, and had purchased the sear from a buddy. Ridgeway stated his buddy had a couple of them and was showing him one and letting him try it out. Ridgeway stated he was unable to test the auto sear, but purchased it from him and not yet fired the gun. Ridgeway provided no further details regarding the incident.

Below is a photograph of the installed auto sear for the court's review:




Auto Sear
Note selector switch
This particular auto sear was likely made from a 3D Printer



Your Affiant was later notified about this incident by patrol officers. Your Affiant is assigned to the R.A.V.E.N. task force and was immediately aware that possession of an auto sear essentially makes the 9mm pistol into a fully functional machine gun. I know possession of this (especially by a convicted felon) is a separate Federal Offense. Possession of ammunition is also a Federal Offense. Your Affiant is also aware that just the simple of the auto sear without any other firearm parts is also a Federal Violation as the auto sear all by itself is classified as a machine gun.

A machine gun is also illegal under Colorado Law C.R.S. 18-12-102 Possession of a Dangerous or Illegal Weapon.

I later staffed this case with S/A Dennis with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). S/A Dennis and S/A Cole conducted a field test of the firearm and based on that test they believed the gun with the auto sear attached would in fact function as a machine gun. The case is now being evaluated by the United States Attorney's Office for the filing of Federal charges against Lewis Ridgeway.

I also learned that the Jefferson County District Attorney's Office has since filed the State charges against Lewis Ridgeway to include charges of:
Possession of a Weapon by a Previous Offender C.R.S. 18-12-108 (1) F5
Driving Under the Influence C.R.S. 42-4-1301 (1) (a)
Prohibited Use of a Weapon C.R.S. 18-12-106 (1) (D) M1

This case is currently assigned Jefferson County Docket #2022CR1525

I learned that the Ford truck is currently at the Arvada Police Impound Lot and is sealed pending the issuance of a search warrant. On 05/24/2022 I went to the impound lot and viewed the truck. I can see that the bed of the truck contains a box that is covered in a tarp and it also has a metal tool box. The inside of the truck contains many bags and boxes, a trashcan and a backpack.

I am requesting the court to issue a search warrant in order to search the truck for any indicia of drug intoxication such as Marijuana or other Controlled Substances and for the presence of any firearms, firearm parts such as auto sears and any ammunition all of which would be material evidence in this case.

Your affiant believes evidence of these crimes delineated throughout this affidavit may be found in the 2008 Ford Truck to include: firearms, firearms parts such as auto sears, ammunition, Marijuana or implements used for the consumption of Marijuana such as pipes, vape pens, marijuana edibles and/or other controlled substances.

I would note through training, experience that people, including perpetrators of crimes, rarely discard a firearm, firearm parts, ammunition, marijuana, controlled substances or associated paraphernalia.

Although there are no direct observations of this evidence in the vehicle belonging to Lewis Ridgeway, Your Affiant believes probable cause may be inferred from the totality of circumstances to include the nature of the items to be seized (marijuana/controlled substances/firearms and or firearm parts and ammunition), the extent of an opportunity for concealment, and reasonable assumptions about where a suspect is likely to keep evidence such as this. Your Affiant would also note that Ridgeway did make comments about building the firearm himself and purchasing the auto sear from a buddy who also had more of them. In addition he admitted to smoking marijuana all day and any evidence of marijuana or other drugs in the truck would substantiate that claim and be material evidence of his drug intoxication.

Therefore Your Affiant hereby requests a search warrant for the following described **PROPERTY**, to wit: firearms, firearms parts such as auto sears, ammunition, Marijuana or implements used for the consumption of Marijuana such as pipes, vape pens, marijuana edibles and/or other controlled substances.

The search shall include the trunk and any and all locked containers inside the vehicle. Crime scene photography will also be included in the search.

**Which is located:** white 2008 Ford F-150 bearing Colorado license plate BJSC43 (VIN: 1FTPW14V98FA35301) which is currently being held in the Arvada Police Departments Impound Facility located at 6701 Indiana Street, Arvada, Jefferson County, CO.

**Items to be searched for include but are not limited to:** firearms, firearms parts such as auto sears, ammunition, Marijuana or implements used for the consumption of Marijuana such as pipes, vape pens, marijuana edibles and/or other controlled substances.

The search shall include the trunk and any and all locked containers inside the vehicle. Crime scene photography will also be included in the search.

This will be material evidence to occurrences of crimes associated with Arvada Master Case #AR22007619 including but not limited to Possession of a Weapon by a Previous Offender C.R.S. 18-12-108 (1) F5 Driving Under the Influence C.R.S. 42-4-1301 (1) (a), Prohibited Use of a Weapon C.R.S. 18-12-106 (1) (D) M1, Possession of a Dangerous or Illegal Weapon and possible Federal Charges.

_[signature]_  Date: 5-24-2022
AFFIANT's SIGNATURE

_[signature]_  Date: 5-24-2022
JUDGE/SIGNATURE
Kristin Wheeler

[Seal: Combined Court, Jefferson County, Colorado]