# Exhibit H

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #8302 GRISHAM, STEPHEN | **Report time:** | 05/26/2022 08:38 |
| **Entered by:** | #8302 GRISHAM, STEPHEN | **Entered time:** | 05/26/2022 08:38 |

**Narrative:**

I, Detective S. Grisham am assigned to the Regional Anti-Violence Enforcement Network (RAVEN) Violent Crime Task Force. On May 12, 2022, I was notified via email by Officer Brian Wonderly of the Arvada Police Department regarding an individual who patrol officers had arrested. I received an email indicating that they had arrested a subject named Lewis Ridgeway (DOB: 1/27/79) who had been contacted passed out behind the wheel of a pickup truck.

During the search incident to his arrest, officers found a 9 millimeter ghost handgun in the male's waistband, and the gun was later found to have an auto sear affixed to it. I would note that a ghost gun refers to a gun with no manufacturer's serial number. Often times these guns are made from various components and then assembled into a functioning firearm.

The male made statements that he had purchased the auto sear and attached it himself but had not fired the weapon to see if it worked. I learned that the weapon had been submitted to the crime lab for test firing and NIBIN testing. I also learned that the truck he was driving had been sealed and towed to the Indiana Impound Lot. Ridgeway was jailed on numerous charges at the Jefferson County Jail and was also currently on parole.

I am aware of the auto sears and know that these have been located recently throughout the Denver Metropolitan area. I also am aware that possession of an auto sear is a Federal offense, as the auto sear itself is classified as a machine gun. Affixing an auto sear to a 9 millimeter handgun would essentially make the handgun fire as if it were a machine pistol (machine gun).

I then staffed this case with members of the Alcohol, Tobacco, Firearms, and Explosives (ATF) who are also assigned to the RAVEN Task Force. Eventually, I learned that Special Agent Jonathan Dennis would be assisting me with evaluating this case for federal adoption.

During the following week, I met with Special Agent Dennis, and I had checked the firearm out of evidence and brought it to the RAVEN Task Force where I hand delivered it to Special Agent Dennis. I was present when a field evaluation was conducted on the handgun by both Special Agent Dennis and Special Agent Cole, and it did appear as if the auto sear was working correctly and if the gun were to be fired, it would function as an automatic machine pistol. The gun was turned over to the custody of the ATF. I later provided Special Agent Dennis with the Arvada police reports from this case, and I then began to perform additional background investigation.

I prepared a search warrant affidavit to search the vehicle the subject had been driving which was described as a white 2008 Ford F-150 pickup truck bearing Colorado License Plate BJSC43. The vehicle has the following VIN: 1FTPW14V98FA35301. This vehicle was currently at the Arvada Police Department Impound Lot. On 5/24/2022, I drove to the impound lot where I inspected the vehicle. The vehicle was sealed up with evidence tape. I could see that there was a metal toolbox in the bed of the truck and a cardboard box covered by a tarp. By looking in plain view in the windshield of the vehicle, I could see the vehicle contained miscellaneous boxes, bags, and a backpack. I did not enter the vehicle and only viewed it from the outside.

I then prepared a search warrant affidavit, and on 5/24/2022, I presented that to Jefferson County Judge Wheeler.  Judge Wheeler signed the search warrant, subsequently issuing a search warrant to search the Ford truck for the following evidence:  firearms, firearms parts, such as auto sears, ammunition, marijuana, or implements used for the consumption of marijuana such as pipes, vape pens, marijuana edibles, and/or other controlled substances.  The search shall include the trunk and any and all locked containers inside the vehicle.  Crime scene photography would also be included in the search.  I then brought the search warrant to the clerk's office, where it was issued Search Warrant No. 22-971.

On 5/25/2022, I checked the keys to the vehicle out of evidence. I then went to the impound lot in order to perform a search on the vehicle.

I first photographed the vehicle.  Upon searching the inside of the vehicle, I located the following evidence.

1) In the driver's door plastic-pocket area, I located a white plastic box.  Inside of the plastic box were two syringes (hypodermic needles) and some empty baggies.  There was one plastic clear zip lock bag that contained what I recognized to be methamphetamine shards.  One of the syringes contained some liquid.

2) Also in the same door pocket was one loose 9 millimeter bullet.  The brand was FC.

3) On the dashboard was a small tray that contained what appeared to be a burnt marijuana cigarette.  This had the brand name of RAW.  I was able to smell the cigarette, and it did smell to me like suspected marijuana.  It appeared as if the cigarette had been placed there and possibly went out on its own, because there was some slight char marks to this tray area.  I would note that the subject (Ridgeway) had been passed out at the wheel when he was arrested, and it was believed that he was possibly under the influence of marijuana or some other type of drug when he was arrested.

4) I next located in the center console cup holder a plastic bottle cap that contained what I recognized to be suspected methamphetamine residue.  Based on my training and experience I know that users of drugs such as methamphetamine will often dilute the drug with distilled water and place it into some kind of container such as a bottle cap.  The user can then draw the liquid methamphetamine into a syringe for injection. This leftover liquid eventually dries and leaves behind a residue such as what I viewed in this bottle cap.

5) I searched various other things inside the cab of the truck, finding some documents with the subject Lewis Ridgway's name on them.  This included some documents that he probably had from prison.  Some of these were photographed.  I also located in apartment lease for his apartment.  I noted the apartment was located at the Arvada Green Apartments at 7579 W 72Nd Ave, Apartment No. 14. This was photographed.

6) On the front passenger seat was a black backpack.  I brought the backpack out of the truck and then began to search it on the tailgate area.  Inside of a zipper pocket, I found a multi-colored cloth bag that contained a glass smoking pipe which I recognized to be a pipe commonly used for smoking methamphetamine.  I also located another syringe.

7) At the bottom of the backpack, I observed what appeared to be a gun magazine.  I would note I protected the gun magazine using standard DNA collection procedures, changing gloves, then removing the magazine out of the bag, and placing it into a clean

evidence bag.

8) I continued searching the truck; however, did not find any additional evidence that would be related to the case.

Once the search warrant was complete, I completed a search warrant return and inventory and left a copy of the return and inventory and a copy of the search warrant in the front seat of the truck. This was also photographed. I then resecured the truck and left the impound lot.

Once at the police department, I began logging all of the evidence in. Some of the drug evidence required me to weigh it. I would note that the baggie of suspected methamphetamine (Item No. 8) had a net weight of 1.46 grams. I field tested this receiving a positive presumptive result for Methamphetamine. The burnt suspected marijuana cigarette had a net weight of 0.27 grams. The plastic bottle cap with suspected methamphetamine residue had a suspected net weight of 0.67 grams.

I again changed gloves, placed new evidence paper, and removed the gun magazine from the plastic bag. I noted that the magazine appeared to be a 12-round capacity magazine but prior to unloading the magazine, I swabbed the magazine for DNA using standard swabbing procedures. I placed the swabs into an envelope and sealed them.

After swabbing the gun magazine, I removed the bullets and noticed that the magazine contained ten .9 millimeter bullets. The bullets were Speer brand. I logged all of the items into evidence.

I then went to the Arvada Green Apartments which is where the subject last resided. Once there, I spoke with an apartment manager identified as:

Tyler Tallabas (DOB: 04/19/94).

Leasing agent Arvada Green Apartments

7569 W 72Nd Ave, Arvada Colorado 80003

Office Phone 303-209-6581

Cell Phone 720-753-2583

I had learned that Lewis Ridgeway was employed by the Arvada Green Apartments as a maintenance man. Tyler stated she was very familiar with Lewis and said that he had lived at the apartment complex prior to actually working there. She had befriended him because they lived in close proximity to one another in the apartment complex and ultimately, she was responsible for getting him hired with a job as a maintenance man at the complex. They were only friends and had no intimate relationship with one another.

She had since heard that he had been arrested and heard some minor details about what had happened. She did say to me that lately, she suspected that Lewis Ridgeway had been using methamphetamine. She said she could always tell because she could see that he was "high" at work. She described his mannerisms and his eyes and said that he was acting differently, and she knew that he was using drugs. She had spoken to him about his drug use on several occasions in which he admitted to having a reoccurring drug problem to her. He had also mentioned to her that he had sold fentanyl previously.

She was uncertain but believed that he might have been using methamphetamine and fentanyl

and was possibly even selling both of the drugs.  Additionally, she knew that he smoked marijuana.

I asked about guns, and she stated that recently, she had seen him wearing some type of a holster with a pistol in it on his side.  She admitted that she did not know a lot about guns so she could not elaborate as to the type of gun other than to recognize it as a handgun.

She mentioned to him that he was not supposed to have a gun on the property, and she did report his drug use and his possession of a firearm to her manager at that time.  She stated that she knew Lewis liked to go to gun shows, and she believed that he purchased a lot of guns or gun accessories from the gun show.  She said since he had been arrested, there had been numerous friends of his in and out of his apartment, and she doubted that if he had any more guns or drugs that they would still be there.  She stated that he has a lot of friends that he had met in prison, and she described them as a "tweakers".

I asked what kind of vehicle he drove, and she described it as a large white Ford truck with front end damage.  She said someone had crashed the truck a few months ago which was where the damage came from.  She also stated that there had been another maintenance man working at the property whose name was Lance.  She could not recall Lance's last name but believed that Lance was also someone who had been in prison and that Lance was possibly supplying Lewis with drugs.  She also recalled seeing a gun case inside Lewis' apartment on a previous occasion.

She stated that she reported all of this activity to her manager who at the time was identified as Aurea "Elena" Taylor, Cell Phone 240-602-8843.  She stated that Elena Taylor basically never did anything about the complaints and ultimately, Elena was fired by upper management from the corporation that owns the apartment complex.  Tyler did not feel comfortable giving me a whole lot of additional information hearing that she might be violating some type of HR rule and stated that she wanted to refer me to the company's Human Resources department.  She stated that she would send me an email with contact information once she was able to speak to the HR department.

Tyler also spoke about another resident in the apartment complex who had made a complaint.  Because they had seen Lewis Ridgeway carrying a gun while he was doing some type of maintenance in the complex.  I asked if I could have that resident's name, and Tyler stated she wanted to verify with human resources that it was okay to provide me with that information.

I'm still waiting to hear from Tyler regarding that additional information.

I had previously checked the ammunition out of evidence that was in the original pistol seized from Lewis Ridgeway.  This consisted of ten 9 millimeter bullets.  The brand of the bullets is Tulammo 9 millimeter luger.  I later met with S/A Dennis and provided him with this ammunition.

I also learned that the Jefferson County District Attorney's Office has since filed the State charges against Lewis Ridgeway to include charges of:
Possession of a Weapon by a Previous Offender C.R.S. 18-12-108 (1) F5
Driving Under the Influence C.R.S. 42-4-1301 (1) (a)
Prohibited Use of a Weapon C.R.S. 18-12-106 (1) (D) M1

This case is currently assigned Jefferson County Docket #2022CR1525
I did confer with the D.A."s Office via email that this case is being evaluated for Federal adoption.

I would note that in the event the case remains in Jefferson County District Court I would recommend the adding of charges of:

Possession of a Dangerous or Illegal Weapon (machine gun) and Possession of a Schedule II Controlled Substance (methamphetamine)

This case is still open pending further investigation.

This case is still open pending further investigation.