# Exhibit I

**From:** Matthew Hammernik <mhammernik@arvada.org>
**Sent:** Tuesday, June 14, 2022 4:50 PM
**To:** Dennis, Jonathan D. <Jonathan.Dennis@atf.gov>
**Cc:** Paul Carroll <pcarroll@arvada.org>
**Subject:** [EXTERNAL] Re: RIDGEWAY DUI Stop and Arrest

Jonathan,

Thanks for reaching out and let me know how else I can assist in this case. Glad to hear the AUSA has agreed to accept the case.

As for my involvement as well as Ofc. Rollins' involvement I also spoke with the Jeffco DA's office in relation to the incident and here's the information I provided them:

"In relation to my involvement in this case, I was the training officer for Ofc. Rollins at the time of this incident. I was present throughout the investigation and completed a substantial portion of the investigation; as is listed in my report. All written perspectives in my report from the investigation Ofc. Rollins completed is based on review of body camera footage and was captured there.

Ofc. Rollins is no longer a member of the Arvada Police Department, primarily due to this case. While completing her initial frisk of the defendant for weapons, the loaded firearm was fully missed. Due to the catastrophic officer safety risk presented by her failure to complete a proper frisk, it was determined by the FTO Cadre as well as department leadership that Ofc. Rollins should not continue with the department as a prospective officer."

Hopefully that helps provide an adequate answer, but if not, feel free to let me know. If you need further information in relation to the FTO process, I have CC'd the training commander, Lt. Carroll to this email. Additionally, as for BWC, we are in the testing and implementation process currently, with a full rollout expected in July/August. I do have a BWC as I am one of the testers and BWC instructors, but at the time of this incident, Ofc. Rollins did not have a BWC.

Hope this helps!

Side note, if possible, I'd like to hear updates on this case as they come.

Thanks!

DUI Ofc. Matt Hammernik
Drug Recognition Expert (DRE)
Arvada Police Department
8101 Ralston Rd
Arvada, Colorado 80003
720-898-6900 (Dispatch)
720-898-6683 (Voicemail)
mhammernik@arvada.org

