

Police Officer Matt Hammernik #1826

Drug Recognition Expert

DUI Enforcement Officer

Field Training Officer (FTO)

Arvada Police Department

8101 Ralston Rd, Arvada, CO 80002

IACP DRE Number: 36295

## **INTRODUCTION**

Officer Matt Hammernik has been a commissioned peace officer with the Arvada Police Department since December, 2018 and prior to, served for three years with the Denver Sheriff Department in various capacities. Hammernik is currently assigned to the DUI Enforcement Unit as a DUI Officer for the department.

Officer Hammernik has attended two 24 hour DWI Detection and Standardized Field Sobriety Testing (SFST) courses; both with the Arvada Police Department in 2018 and the Jefferson County-Lakewood Regional Combined Academy in 2019. Hammernik completed the 16 hour Advanced Roadside and Impaired Driving Enforcement (ARIDE) and 40 hour DWI Detection and Standardized Field Sobriety Testing Instructor courses in 2021; holding certifications in each. Hammernik further attended the 16 hour Drug Evaluation and Classification Preliminary School and 56 hour Drug Recognition Expert (DRE) Course in 2022; attending annual in-services. In addition, Hammernik is a certified Field Training Officer (FTO), having trained over 20 officers in the field and has taught several DWI Detection and SFST courses to new recruits as well as new officers. Hammernik is a DUI and SFST instructor for the Arvada Police Department, teaching annual in-service across the department. Hammernik holds his certification as an I-9000 operator. Hammernik was nominated for a 2021 MADD Law Enforcement Champion award after being involved in over 140 DUI arrests for the year.

Officer Hammernik has attended additional trainings outside of DWI Detection, to include Level I Accident Investigation (2023), Single Officer Response to an Active Shooter (2020), Street Crimes and Proactive Patrol (2020) and Crisis Intervention Training (2017). Hammernik is currently a member of the Critical Accident Response Team (CART) for the department, having responded to numerous high profile motor vehicle accidents. Hammernik is a body worn camera instructor for the department and was instrumental in the testing and rollout phase of the program department wide. Prior to working for the Arvada Police Department, Hammernik served for 3 years with the Denver Sheriff Department (DSD), graduating as valedictorian of an academy class of 80 recruits. During his time with DSD, he served in numerous roles and assignments, to include Extradition Team, Intake, Civil and Special Management.

Officer Hammernik holds a Bachelor of Arts degree in Political Science and Sociology with an emphasis in Criminology from Regis University; where he completed the degree in 3 years, Magna Cum Laude. During his college years, Hammernik completed a one-year internship with the Bureau of Alcohol Tobacco and Firearms (ATF) in 2014.

**Updated 3/14/2023**

EXP_00000007

## LAW ENFORCEMENT EXPERIENCE

| | | |
|---|---|---|
| 2021-Present | **Arvada Police Department** <br> DUI Enforcement Unit-DUI Officer <br> Patrol Bureau <br> Drug Recognition Expert <br> SFST Instructor <br> Field Training Officer | Arvada, CO |
| 2018-2021 | **Arvada Police Department** <br> Sector Patrol Officer <br> Patrol Bureau | Arvada, CO |
| 10/2017-12-2018 | **Denver Sheriff Department** <br> Intake Division <br> Fugitive Extradition Unit | Denver, CO |
| 10/2016-10/2017 | **Denver Sheriff Department** <br> Civil Division <br> Fugitive Extradition Unit | Denver, CO |
| 01/2016-10/2016 | **Denver Sheriff Department** <br> Special Management Officer | Denver, CO |

## INSTRUCTOR EXPERIENCE

| | |
|---|---|
| 01/2023 | **DWI Detection and SFST Re-Certification (10 Hours)** <br> Included Wet Labs for new recruits <br> Lead Instructor <br> Arvada Police Department |
| 11/2022 | **Citizen's Police Academy-DUI Enforcement** <br> Arvada Police Department <br> Instructor |
| 10/2022 | **In Progress Calls (12 hours)** <br> Included scenarios for recruits <br> Instructor <br> Red Rocks Community College |

Updated 3/14/2023

EXP_00000008

| | |
|---|---|
| 08/2022 | **Body Worn Camera Training (4 hours)**<br>Taught members of the department in the implementation and roll-out of the body worn camera program.<br>Instructor<br>Arvada Police Department |
| 07/2022 | **DWI Detection and SFST Practitioner School (32 Hours)**<br>Included Wet Labs for new recruits<br>Lead Instructor<br>Arvada Police Department |
| 06/2022 | **DWI Detection and SFST Re-Certification (10 Hours)**<br>Included Wet Labs for new recruits<br>Lead Instructor<br>Arvada Police Department |
| 06/2022 | **Critical Accident Response Team (CART)**<br>In-Service Training (8 hours)<br>Instructor on Express Consent and Felony Blood Draws<br>Arvada Police Department |
| 05/2022 | **Citizen's Police Academy-DUI Enforcement**<br>Arvada Police Department |
| 01/2022 | **DWI Detection and SFST In-Service/Re-Certification**<br>Arvada Police Department |
| 09/2021 | **Citizen's Police Academy-DUI Enforcement**<br>Arvada Police Department |
| 05/2021 | **DWI Detection and SFST Practitioner School (32 Hours)**<br>Included wet labs for new recruits<br>Arvada Police Department |
| 01/2021 | **DWI Detection and SFST Practitioner School (32 Hours)**<br>Included wet labs for new recruits<br>Arvada Police Department |

Updated 3/14/2023

## **IMPAIRED DRIVING ENFORCEMENT TRAINING**

| | |
|---|---|
| 09/2022 | **Advanced Roadside Impaired Driving Enforcement (ARIDE) Refresher Training (4 Hours)**<br>NHTSA |
| 06/2022 | **Critical Accident Response Team (CART)**<br>In-Service Training on critical impaired driving accidents (8 hours)<br>Arvada Police Department |
| 04/2022 | **Drug Recognition Expert Course (56 hours)**<br>IACP/CDOT |
| 04/2022 | **Preliminary Drug Evaluation and Classification Course (16 hours)**<br>IACP/CDOT |
| 02/2022 | **SFST Re-Certification (2 hours)**<br>Arvada Police Department |
| 05/2021 | **DWI Detection and Standardized Field Sobriety Testing Instructor Course (40 hours)**<br>NHTSA |
| 04/2021 | **Advanced Roadside Impaired Driving Enforcement (16 hours)**<br>NHTSA |
| 02/2021 | **Black Market Marijuana Prosecutions (2 hours)**<br>Blue Vudu Online<br>Discussion surrounding legal environment of current marijuana laws, to include prosecution of DUID involving marijuana |
| 01/2021 | **SFST Re-Certification (2 hours)**<br>Arvada Police Department |
| 03/2020 | **SFST Re-Certification (2 hours)** |

| | |
|---|---|
| | Arvada Police Department |
| 06/2019 | **SFST Re-Certification w/ Wet Lab (2 hours)**<br>Arvada Police Department |
| 05/2019 | **DWI Detection and Standardized Field Sobriety Testing Practitioner Course (24 hours)**<br>Jefferson County/Lakewood Regional Combined Academy<br>NHTSA |
| 05/2019 | **I-9000 Operator Certification Course (8 hours)**<br>Jefferson County/Lakewood Regional Combined Academy<br>CDPHE |
| 12/2018 | **DWI Detection and Standardized Field Sobriety Testing Practitioner Course (24 hours)**<br>Arvada Police Department<br>NHTSA |

## OTHER LAW ENFORCEMENT TRAINING

| | |
|---|---|
| 01/2023 | **Level I Accident Investigation (40 hours)**<br>AIRS Inc.<br>Firestone, CO |
| 07/2022 | **Body Worn Camera Instructor Training (8 hours)**<br>Arvada Police Department/Axon |
| 07/2021 | **Moving Radar Operator Course (8 hours)**<br>Arvada Police Department |
| 03/2021 | **Field Training Officer School (40 hours)**<br>Arvada Police Department |
| 08/2020 | **Single Officer Response to Active Shooter (16 hours)**<br>Centurion Training |

| | |
|---|---|
| 07/2020 | **Street Crimes and Proactive Patrol (16 hours)** <br> Advanced Police Concepts |
| 06/2019 | **LiDAR Operator Course (8 hours)** <br> Arvada Police Department |
| 04/2017 | **Crisis Intervention Training (40 hours)** <br> Denver Sheriff Department |

## BASIC POLICE TRAINING

| | |
|---|---|
| 01/2019-06/2019 | **Jefferson County/Lakewood Regional Combined Academy (996 hours)** <br> Post Certification #5949-1436 |
| 01/2016-05/2016 | **Denver Sheriff Department Pre-Service/Municipal Certification Academy** |

## AWARDS

| | |
|---|---|
| 2022 | **Arvada Elks Lodge 2021-2022 Policeman of the Year** |
| 2022 | **08/11 MADD DUI Enforcement Hero of the Week** |
| 2022 | **Nomination-2021 MADD Law Enforcement Champion** |
| 2016 | **Valedictorian-DSD Class 16-01** |
| 2016 | **Physical Fitness Award-DSD Class 16-01** |

## EXPERT WITNESS QUALIFICATION RECORD

| | |
|---|---|
| 03/2023 | **Expert witness in the administration and interpretation of HGN** <br> *State of Colorado v. Jakob Ortega, 2022T001883* (Jury Trial) <br> Jefferson County Court Judge Graham Peper |

Updated 3/14/2023

EXP_00000012

| | |
|---|---|
| 02/2023 | **Expert witness in the administration and interpretation of HGN/Expert witness as a Drug Recognition Expert**<br>*State of Colorado v. Jamison Sullivan Ryan, 2022CR2007* (Jury Trial)<br>Jefferson County District Court Judge Lily Oeffler |
| 12/2022 | **Expert witness in the administration and interpretation of Standardized Field Sobriety tests/ Expert witness as a Drug Recognition Expert**<br>*State of Colorado v. Jamison Sullivan Ryan, 2022CR2007* (Motions Hearing)<br>Jefferson County District Court Judge Lily Oeffler |
| 10/2022 | **Drug Recognition Expert witness**<br>*State of Colorado v. Amanda Leanne Schreiber. 2022T3032*<br>Jefferson County Court Judge Jennifer Melton |
| 08/2022 | **Expert witness in the administration and interpretation of Standardized Field Sobriety Tests**<br>*Division of Motor Vehicle v. Tina Marie Dorsey,* 10750066<br>Department of Revenue Hearing Officer Charlotte Bowe |
| 04/2022 | **Expert witness in administration and interpretation of Horizontal Gaze Nystagmus**<br>*Division of Motor Vehicle v. Taylor Marie Bergum-Holmes,* 9851270<br>Department of Revenue Hearing Officer Gene Tiell |