# DUI INVESTIGATION FIELD NOTES

- **NAME:** Lewes Ridgeway
- **CR:** AR22007619
- **EYES:** Bloodshot, Glassy
- **CLOTHES:** Normal
- **BREATH:** Normal
- **ATTITUDE:** Delayed
- **SPEECH:** Dry mouth, Low
- **UNUSUAL ACTIONS:** Asleep @ wheel
- **STOP:** 0127
- **RDSD:** 0141
- **CSTDY:** 0156
- **TRANSPRT:** 0207
- **ARRIVAL:** 0211
- **TEST:** 0246
- **LOCATION:** 7355 Ralston Rd
- **CONDITIONS:** Dry, Dark, Parking Lot
- **DATE:** 5/12/22

- Do you have physical defects? **NO** — Yes (Explain): "Hardware in knee"
- Are you sick or injured? **NO**
- Are you taking medications or drugs? **NO**
- Contacts/Glasses: **No**

## HORIZONTAL GAZE NYSTAGMUS

| | LEFT Y | LEFT N | RIGHT Y | RIGHT N |
|---|---|---|---|---|
| Lack of smooth pursuit | | X | | X |
| Distinct and Sustained at Max Deviation | | X | | X |
| Nystagmus Prior to 45 Degrees | | X | | X |

Other: No VGN
Total Clues: 0

## Walk and Turn Maneuver

- Instruction Stage: Cannot Keep Balance: 11 | Starts Too Soon: 1

Walking Stage diagram: 9 8 7 6 5 4 3 2 1 P (R) / L R 1 2 3 4 5 6 7 8 9 (S)

| | 1st Nine | 2nd Nine |
|---|---|---|
| Stops Walking | 1 | 1 |
| Misses Heel-Toe | — | — |
| Steps Off Line | — | — |
| Raises Arms | — | — |
| Actual Steps Taken | 9 | 8 |

Cannot Do Test/Other: Explain: Recto steps slamming heel to toe
Describe Turn: Lifted both feet during turn
Total Clues: 4

## NYSTAGMUS (Walk and Turn grid)

0 1 2 3 4 5 6
(rows 1–8, intersections shaded/unshaded)

## ONE LEG STAND

R (circled), L

- Sways While Balancing 6, 10 — 11
- Uses Arms to Balance 5 — 1
- Puts Foot Down 10 — 1
- Hopping — —
- Other: No count as instructed
- Total Clues: 3

## OTHER FIELD SOBRIETY EVALUATIONS

- Name of Maneuver: LOC / MRB / FTN
- Performance:
  - LOC - present
  - MRB - 45 seconds, tremors
  - FTN - Anomalies

PBT Results (if used): ____

## Driver Statements:
Sick Report

- LEAF Funded: No
- Check Point: No
- Saturation: No
- Number of Prior DUI's: # 0

**Alcohol Test:** Breath / Blood / Refused / N/A (N/A circled)
**Drug Test:** Yes (circled) / Refused / N/A

License Status: Valid | DUS/R/D | HTO
Accident: N/A | PD | PI | Fatal

Passengers: NAME: ___ DOB: ___

- **Contact Officer:** Hammernik #1826
- **Processing Officer:** Hammernik #1826