**COLORADO BUREAU OF INVESTIGATION**
TOXICOLOGY REQUEST FOR LABORATORY EXAMINATION

CBI LAB CASE # 022-2666 gm

SUBJECT: Lewis (First) Burton (Middle) Ridgeway (Last)   ☒ M  ☐ F   DOB: [redacted]

REQUESTING AGENCY: ARVADA POLICE
AGENCY CASE #: AR2200 7619
AGENCY ITEM #: 1
Felony Draw  1  2  3

REQUESTING OFFICER: Tanis, M
E-MAIL: [redacted]
PHONE: [redacted]

OFFENSE: ☒ DUI/DUID  ☐ Crash  ☐ Fatal Crash  ☐ Drug Facilitated Crime/Sexual Assault  ☐ Other:

OFFENSE DATE (MM/DD/YYYY): 05/12/2022
OFFENSE TIME (24:00): 0129

☒ Blood  ☐ Urine
Collection Date (MM/DD/YYYY): 05/12/2022
Collection Time (24:00): 0245/0246

DRE CONDUCTED?  ☐ YES**  ☒ NO   **Please submit a copy of DRE opinion if available**

Test(s) Requested:
☒ Alcohol  ☒ Drugs²

Drugs Suspected: Methamphetamine / THC

Drugs Administered by Medical Personnel:

**Laboratory Scope of Analysis**
1 – Alcohol: Volatiles analysis to include Ethanol, Acetone, Isopropanol, Methanol, Difluoroethane (DFE), and other volatiles (i.e. Sevoflurane).
2 – Drugs: Drugs of Abuse Screen (14 panel), Specialty Tests.

Drugs of Abuse Screen (14 panel):
- Amphetamine: Amphetamine and MDA
- Barbiturates: Amobarbital, Butabarbital, Butalbital, Pentobarbital, Phenobarbital, & Secobarbital
- Benzodiazepines: Alprazolam, Bromazepam, Chloridiazepoxide, Clonazepam, 7-Aminoclonazepam, Diazepam, Estazolam, Etizolam, Flurazepam, Lorazepam, Nitrazepam, Midazolam, Oxazepam, Phenazepam, Temazepam, Triazolam, and many other Designer Benzodiazepines
- Buprenorphine: Burprenorphine and Norbuprenorphine
- Carisoprodol: Carisoprodol & Meprobamate
- Cocaine: Cocaine, Cocaethylene, & Benzoylecgonine
- Fentanyl: Fentanyl, Norfentanyl, and many Fentanyl analogs
- Marijuana: delta-9 THC, THC metabolites (Carboxy-THC & Hydroxy-THC)
- Methadone: Methadone
- Methamphetamine: Methamphetamine & MDMA
- Opiates: Codeine, Morphine, Hydrocodone, Hydromorphone, & Heroin
- Oxycodone: Oxycodone & Oxymorphone
- Tramadol: Tramadol
- Zolpidem: Zolpidem

Specialty Tests (Will only be performed with a specific drug request and/or based upon the known Alcohol/Drug results):
Prescription Drug Screen: Antihistamines, Antidepressants, Antipsychotics, Anti-seizure medications, Muscle relaxants, and many others.
Drug Facilitated Crime Screen: 7-Aminoflunitrazepam, Flunitrazepam, GHB, Ketamine, Suvorexant, Zaleplon, Zopiclone, and Zolpidem.
Pain Management Assay: Mitragynine, U-47700, and many Fentanyl analogs.
Atypical Antipsychotic Assay: Aripriprazole, Asenapine, Brexipriprazole, Iloperidone, Lurasidone Quetiapine, Risperidone, Vilazodone, and Ziprasidone.
Other Assays: PCP and Phenytoin.

By submitting evidence for testing, you agree to our posted Notice to Customer that can be found at the CBI website.
Submitting Party Signature: _____

**SPECIMEN COLLECTION CONSENT FORM**
Name of Subject (print): Lewis B Ridgeway
Date: 5/12/22
I HAVE GRANTED PERMISSION FOR A BIOLOGICAL SAMPLE(S) TO BE TAKEN
Signature of Subject: Lewis Ridgeway

**SPECIMEN COLLECTOR'S REPORT**
Place of Specimen Collection: Left Forearm
Collection Date: 05/12/22   Time: 0245/0246
Address: 8101 Ralston Road (APD HQ)
Blood Kit Exp. Date: July 31, 2023

I HEREBY CERTIFY THAT I DREW BLOOD SAMPLES FROM THE ABOVE NAMED PERSON in accordance with CRS 42-4-1301.1 & 42-4-1304:
Signature of Collector: Christian K
Collector's Name (Please Print): Christian Karubus - Paramedic

I HEREBY CERTIFY THAT I HAVE WITNESSED THE ACTUAL WITHDRAWAL OF BLOOD FROM THE ABOVE SUBJECT BY THE PERSON WHOSE SIGNATURE APPEARS ABOVE:
1815
Date: 5/12/22