**GOVERNMENT'S LIST OF PROPOSED EXHIBITS FOR MOTIONS HEARING**

CASE NO. 22-cr-00329-RMR

CASE CAPTION: United States vs. Lewis Ridgeway  DATE: March 22, 2023

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Tanis | CAD, inv_213-7 | | | | | | | |
| 2. | Tanis | Dispatch recording, inv_208 | | | | | | | |
| 3. | Tanis | Report, inv_50 | | | | | | | |
| 4. | Hammernik | Blood request, inv_70 | | | | | | | |
| 5. | Hammernik | BWC (Hammernik / Wonderly),[1] inv_74-5. | | | | | | | |
| 6. | Hammernik | CV, exp_6-13. | | | | | | | |
| 7. | Hammernik | Report, inv_42-4 | | | | | | | |
| 8. | Hammernik | Field Notes, inv_202 | | | | | | | |

---

[1]    The parties have conferred and stipulate to admission of Officer Hammernik's and Officer Wonderly's BWC. All exhibits have been previously attached and submitted as exhibits to ECF 25 and ECF 32.

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |
| 18. | | | | | | | | | |
| 19. | | | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 20. | | | | | | | | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |