**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina Rodriguez**

CASE NO.  __22-cr-00329-RMR_____DATE __3/22/2022_____

CASE CAPTION _____United States v. Lewis Ridgeway_

FINAL WITNESS LIST [Motions Hearing]

|  | PARTY | WITNESS NAME AND DESCRIPTION/TITLE | AREA OF TESTIMONY | DATE | PROPOSED LENGTH OF TESTIMONY | | |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Direct | Cross | Total |
| 1. | Gvt. | Matthew Tanis | Fact | 3/22/2022 | 30 min | 30 min | 1 hour |
| 2. | Gvt. | Matthew Hammernik | Fact | 3/22/2022 | 30 min | 30 min | 1 hour |
| 3. |  |  |  |  |  |  |  |
| 4. |  |  |  |  |  |  |  |
| 5. |  |  |  |  |  |  |  |
| 6. |  |  |  |  |  |  |  |
| 7. |  |  |  |  |  |  |  |
| 8. |  |  |  |  |  |  |  |
| 9. |  |  |  |  |  |  |  |
| 10. |  |  |  |  |  |  |  |
| 11. |  |  |  |  |  |  |  |
| 12. |  |  |  |  |  |  |  |
| 13. |  |  |  |  |  |  |  |
| 14. |  |  |  |  |  |  |  |
| 15. |  |  |  |  |  |  |  |
| 16. |  |  |  |  |  |  |  |
| 17. |  |  |  |  |  |  |  |
| 18. |  |  |  |  |  |  |  |