**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Regina Rodriguez**

CASE NO.  22-cr-00329-RMR            DATE  March 22, 2023

CASE CAPTION  *United States v. Lewis Ridgeway*

FINAL WITNESS LIST

|   | PARTY | WITNESS NAME AND DESCRIPTION/TITLE | AREA OF TESTIMONY | DATE | PROPOSED LENGTH OF TESTIMONY | | |
|---|---|---|---|---|---|---|---|
|   |   |   |   |   | Direct | Cross | Total |
| 1. | Defendant | Officer Michaela Rollins Mead Police Department | Initial stop, search, SFSTs, arrest | 3/22/23 | 30 | 10 | 40 |
| 2. | Defendant | Officer Brian Wonderly Arvada Police Department | Initial stop, search, SFSTs, arrest | 3/22/23 | 20 | 10 | 30 |
| 3. | Defendant | Officer Matthew Tanis Arvada Police Department | Initial stop, search, SFSTs, arrest | 3/22/23 | 20 | 10 | 30 |
| 4. | Defendant | Christa Henson | Efforts to retrieve truck from impound lot | 3/22/23 | 15 | 5 | 20 |
| 5. | Defendant | Jacqueline Silbermann | Functionality of truck lights | 3/22/23 | 10 | 5 | 15 |