IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 22-cr-00329-RMR-1 | Date: March 22, 2023 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Kevin Carlin |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Albert C. Buchman |
| Plaintiff, | |
| v. | |
| LEWIS BURTON RIDGEWAY, | Jennifer Lynn Beck |
| | Amy W. Senia |
| Defendant. | |

## COURTROOM MINUTES

**EVIDENTIARY MOTION HEARING**

**1:07 p.m.**     **Court in session.**

Court calls case. Appearances of counsel. Defendant present in custody. Also present is ATF Special Agent John Dennis.

This matter is before the Court regarding Defendant's Motion to Suppress Evidence and Statements [ECF No. 25].

Preliminary remarks and background case information by the Court.

Discussion regarding introduction of derivative evidence at trial.

Defendant's opening statement by Ms. Senia.

Government's opening statement by Mr. Buchman.

**ORDERED:  Witnesses shall be sequestered for the duration of the hearing.**

Parties stipulate to the admission of Government's Exhibit 5.

Government's witness, Investigator Matthew Tanis, sworn.

1:31 p.m.      Direct examination of Investigator Tanis by Mr. Buchman.

**Government's Exhibit 1 is admitted.**

2:02 p.m.      Cross-examination of Investigator Tanis by Ms. Beck.

**Defendant's Exhibits E, M, and F are admitted.**

2:29 p.m.      Redirect examination of Investigator Tanis by Mr. Buchman.

2:33 p.m.      Recross-examination of Investigator Tanis by Ms. Beck.

Witness excused.

Government's witness, Officer Matthew Hammernik, sworn.

2:36 p.m.      Direct examination of Officer Hammernik by Mr. Buchman.

**3:21 p.m.      Court in recess.**
**3:38 p.m.      Court in session.**

3:39 p.m.      Cross-examination of Officer Hammernik by Ms. Beck.

4:34 p.m.      Redirect examination of Officer Hammernik by Mr. Buchman.

Witness excused.

Defendant's witness, Officer Michaela Rollins, sworn.

4:37 p.m.      Direct examination of Officer Rollins by Ms. Beck.

4:41 p.m.      Cross-examination of Officer Rollins by Mr. Buchman.

Witness Excused.

Defendant's witness, Jacqueline Silbermann, sworn.

4:42 p.m.      Direct examination of Ms. Silbermann by Ms. Beck.

4:47 p.m.      Cross-examination of Ms. Silbermann by Mr. Buchman.

Witness excused.

Defendant's closing argument by Ms. Senia.

Government's closing argument by Mr. Buchman.

Defendant's rebuttal closing argument by Ms. Senia.

**ORDERED:** **For the reasons stated on the record, the Defendant's Motion to Suppress Evidence and Statements [ECF No. 25] is DENIED.**

**ORDERED:** **Defendant is remanded to the custody of the U.S. Marshal.**

**5:41 p.m.** **Court in recess.**

Hearing concluded.
Total time in court:   4:17